**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 7:26-cv-00368 |
| SPENCER CONSTRUCTION, LLC AND<br>ROYAL CONCRETE PRODUCTS, LLC | §<br>§<br>§ | |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL**

THE UNITED STATES OF AMERICA ("the United States"), Third-Party Defendant in this case, hereby removes to this Court the above-styled Texas state court case which arose from the filing of the attached Original Petition ("Petition"). Said removal is pursuant to, and in full accordance with, 28 U.S.C. §§ 1441, 1442, and 1446.

**GROUNDS FOR REMOVAL**

Hidalgo County Irrigation District No. 2 ("HCID 2"), an Irrigation District located in Hidalgo County, filed suit against Spencer Construction, L.L.C. ("Spencer") and Royal Concrete Products, L.L.C. ("Royal") who were acting under contract with United States of America, Department of Homeland Security, U.S. Customs and Border Protection for construction of infrastructure relating to the border wall project. HCID 2 alleges that on or about July 20, 2026, Defendants Spencer and Royal entered and began interfering and altering the property, canals, and related irrigation infrastructure allegedly owned and managed by Plaintiff without Plaintiff's consent or legal authority and is seeking equitable injunctive and monetary relief. Removal is, therefore, permissible and appropriate pursuant to 28 U.S.C. § 1442 because the named Defendants are contractors acting on behalf of an agency of the United States.

## NOTICE AND PRAYER

Written notice of the filing of this Notice of Removal is being served on all parties who have appeared in the removed lawsuit by and through their counsel of record, and a copy of the Notice of Removal is being filed contemporaneously with the Clerk of the District Court of Hidalgo County, Texas pursuant to 28 U.S.C. §§ 1446(a) and 1446(d).

Accordingly, the United States requests that this matter be removed from the District Court of Hidalgo County, Texas, 476th Judicial District, to the United States District Court for the Southern District of Texas.

Dated: August 12, 2026.

Respectfully submitted,

**AARON F. REITZ**
United States Attorney,
Southern District of Texas

By:    *s/ Lance Duke*
**LANCE DUKE**
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 78401
Telephone: (361) 903-7911
Facsimile: (361) 888-3200
Email: lance.duke@usdoj.gov

Attorney in charge for the United States of America

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was served pursuant to the Court's ECF system, and was emailed on or within one business day of this 12th day of August, 2026, to the following:


Lance A. Kirby
lakirby@jgkl.com
Jose A. Villarreal
jvillarreal@jgkl.com
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Blvd., Suite 300
Weslaco, TX 78596
Attorney for Plaintiff

Ruben R. Peña
ruben@rubenpenalaw.com
LAW OFFICES RUBEN R. PENA
5375 Camino de la Tierra
Brownsville, TX 78526
Attorney for Defendant Spencer Construction, L.L.C.



_s/ Lance Duke_
**LANCE DUKE**
Assistant United States Attorney