



10:31 AM | Aug 04, 2026
Tues

Hidalgo County Irrigation District No. 2

Photo By: Fred Villa

Coordinate: 26.081760°N, 98.156702°W

Weather: Cloudy 88°F

Photo by
Timemark