**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION DISTRICT NO. 2, | § § § | |
| | § | CIVIL ACTION NO. 7:26-cv-00368 |
| v. | § | |
| SPENCER CONSTRUCTION, LLC AND ROYAL CONCRETE PRODUCTS, LLC, | § § | |

---

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER
AND SETTING EXPEDITED PRELIMINARY-INJUNCTION HEARING**

---

The Court considered Plaintiff HIDALGO COUNTY IRRIGATION DISTRICT NO. 2's Emergency Motion to Continue and Extend the State-Court Temporary Restraining Order, for Preliminary Injunction, and for Expedited Hearing. The Court finds that good cause exists for a short extension under Federal Rule of Civil Procedure 65(b)(2), and that an expedited hearing is necessary to prevent the order from lapsing before the Court can consider the preliminary injunction request.

It is therefore ORDERED that:

The temporary restraining order entered by the 476th Judicial District Court of Hidalgo County, Texas on July 30, 2026, (Doc. 1-1 at pgs. 79-81) remains in force according to its terms and is EXTENDED, without enlargement of its substantive restraints, through _____. This extension is no longer than permitted by Rule 65(b)(2).

Defendants SPENCER CONSTRUCTION, LLC and ROYAL CONCRETE PRODUCTS, LLC, together with their officers, agents, servants, employees, subcontractors, representatives, and all persons in active concert or participation with

1

them who receive actual notice of this Order, remain temporarily restrained from the conduct described in the state-court restraining order (Doc. 1-1 at pgs. 79-81) through the expiration stated above or further order of this Court.

The Court will conduct an expedited hearing on Plaintiff's request for a preliminary injunction on _____.

Security set in the state court temporary restraining order (Doc. 1-1 at pgs. 79-81) shall remain in effect, subject to reconsideration at the preliminary-injunction hearing.

SIGNED on _____, 2026, at _____ ___.m.

_____
**UNITED STATES DISTRICT JUDGE**