United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION NO. 2, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:26-CV-368 |
| SPENCER CONSTRUCTION, LLC, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The court considered Plaintiff Hidalgo County Irrigation District No. 2's Emergency Motion to Continue and Extend the State-Court Temporary Restraining Order, for Preliminary Injunction, and for Expedited Hearing (Dkt. No. 3). The court finds that good cause exists for a short extension under Federal Rule of Civil Procedure 65(b)(2), and that an expedited hearing is necessary to prevent the order from lapsing before the Court can consider the preliminary injunction request.

It is therefore ORDERED that:

The temporary restraining order entered by the 476th Judicial District Court of Hidalgo County, Texas on July 30, 2026, remains in force according to its terms and is extended, without enlargement of its substantive restraints, through August 27, 2026. This extension is no longer than permitted by Rule 65(b)(2).

1 / 2

An expedited hearing on Plaintiff's request for a preliminary injunction will be set by further order prior to the expiration of the temporary restraining order.

Signed on August 13, 2026, at McAllen, Texas.

ARTHUR R. JONES
UNITED STATES DISTRICT JUDGE