**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:26-CV-00368 |
| | § | |
| SPENCER CONSTRUCTION, LLC AND ROYAL CONCRETE PRODUCTS, LLC, | § | |
| | § | |
| *Defendants*. | § | |

---

**JOINT MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING AND EXTEND TEMPORARY RESTRAINING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

Third-Party Defendant, United States, files this Unopposed Motion to Continue the Preliminary Injunction Hearing and Extend the Temporary Restraining Order. In support, the United States respectfully shows the Court as follows:

**I. Background and Good Cause**

1. On July 6, 2026, Plaintiff filed a Petition and Application for a Temporary Restraining Order (TRO) in the 476th District Court of Hidalgo County, Texas, C-3626-26-M. The state court granted a TRO until August 13, 2026.

2. The United States of America, as Third-Party Defendant, filed a Notice of Removal on August 12, 2026. (Dkt. 1) Plaintiff filed an Emergency Motion for Continuance of the TRO and

this Court granted the motion extending the TRO through August 27, 2026[1]. (Dkt. 4). On the same date, this Court set a hearing for a preliminary injunction for August 17, 2026.

3. The Parties need more time to prepare for the hearing. Additionally, the United States has been in communication with both Plaintiff's attorney, Lance Kirby, and Defendants' attorney, Ruben Pena, and is in the process of gathering essential documentation, including, but not limited to, any pertinent title documents, surveys, plats, maps and information which would be needed for a proper presentation to the Court.

II. **Extension of Temporary Restraining Order**

4. The United States has conferred with Plaintiff's and Defendant Spencer Construction's counsel, and the Parties have agreed to request that the Court reset the preliminary injunction hearing to either September 9 or 10, 2026.

5. The United States has further consulted with Plaintiff's and Defendants' counsel and agrees agree that the current Temporary Restraining Order shall remain in full force and effect until the newly scheduled hearing date.

6. This request is not sought for delay, but so that justice may be done and the benefit of judicial economy.

**PRAYER**

The United States prays that the Court grants this motion, continue the preliminary injunction hearing to either September 9 or 10, 2026 and order the TRO remains in effect until that time.

[1] The United States notes that this matter involves construction of the border fence and as such may have been inadvertently assigned to this Honorable Court in contradiction of the Second Amended Division of Work Order, General Order No. 2026-11 entered on July 30, 2026, which excepted land condemnation cases related to the border fence from assignment to Judge Arthur R. Jones.

Respectfully submitted,

**AARON F. REITZ**
United States Attorney
Southern District of Texas

By: *s/ Lance Duke*
**LANCE DUKE**
Assistant United States Attorney
Southern District of Texas No. 21949
Texas Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel: (361) 888-3111
Fax: (361) 888-3200
Email: lance.duke@usdoj.gov
***Attorney For Third-Party Defendant***

## CERTIFICATE OF CONSULTATION

I certify that on August 14, 2026, Counsel for Third-Party Defendant, United States, communicated with Counsel for Plaintiff, Lance Kirby, and Counsel for Defendants, Ruben Pena, via telephone, regarding the filing of this motion. Counsel for both Plaintiff and Defendants each stated that they are UNOPPOSED to the filing and granting of this motion.

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026, the foregoing notice was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

By: *s/ Lance Duke*
**LANCE DUKE**
Assistant United States Attorney