**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:26-CV-00368 |
| | § | |
| SPENCER CONSTRUCTION, LLC AND | § | |
| ROYAL CONCRETE PRODUCTS, LLC, | § | |
| *Defendants*. | § | |

**ORDER**

The Court now considers the "Joint Motion to Continue Preliminary Injunction Hearing and Extend Temporary Restraining Order. (Dkt. __)

. Having considered the Motion, the Court finds the Motion has merit and should be **GRANTED**.

IT IS HEREBY **ORDERED** that the Preliminary Injunction Hearing be continued to September ____, 2026, at ____. It is further **ORDERED** that the TRO be extended until such time.

SO ORDERED this _________ day of _______________, 2026, at McAllen, Texas.

______________________________________
**HONORABLE JUAN F. ALANIS**
Magistrate Judge