UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO 7:26-CV-00368 |
| V. | § | |
| | § | |
| SPENCER CONSTRUCTION LLC AND | § | |
| ROYAL CONCRETE PRODUCTS LLC | § | |
| Defendants | § | |

ROYAL CONCRETE PRODUCTS LLC ANSWER TO PLAINTIFF'S COMPLAINT

To the Honorable Judge of Said Court:

COMES NOW, Defendant Royal Concrete Products LLC. and files this its answer to the Plaintiff's Emergency Motion to Continue and Extend the State Court's Temporary Restraining Order, For Preliminary Injunction, and for Expedited Hearing. Filed on August 12, 2026.

1. Defendant Royal Concrete Products LLC, (hereinafter referred to as Royal) admits that the 476th District Court of Hidalgo County, Texas had issued a Temporary Restraining Order against this Defendant which was to be effective through August 27, 2026.
2. Defendant admits that the case was removed on August 12, 2026.
3. Defendant admits that the Temporary Restraining Order was to expire on August 13, 2026.
4. Defendant denies the allegations that it has caused any damage to the Plaintiff's irrigation canal.
5. Defendant has no knowledge as to whether the plaintiff is an irrigation district.
6. Defendant has no knowledge as to whether plaintiff owns a 120 foot strip of land centered on the irrigation canal with 60 feet on each side of the canal centerline.

7. Defendant admits that it is subcontractor to Spencer Construction LLC for delivering concrete to build the border wall.
8. Defendant has no knowledge of any “substantial dirt” falling into the irrigation canal.
9. Defendant denies that plaintiff has satisfied the requirements for a preliminary injunction.
10. Defendant denies that the plaintiff is likely to prevail on the trespass claim.

After hearing Defendant moves this Honorable Court to deny plaintiff’s requested relief, that it award all costs and attorney’s fees to Defendant and for such and other relief allowed in law and equity.

Respectfully submitted,

LAW OFFICES OF RUBEN R. PENA

by: _/s/Ruben R. Peña_
Ruben R. Peña
Attorney in Charge
State Bar Number 15740900
Fed. I.D. No.1216
5375 Camino de la Tierra
Brownsville, Texas 78526
(956)778-3930 (Cellular)
ruben@rubenpenalaw.com

CERTIFICATE OF SERVICE

I certify that on the 24th day of August, 2026 the above notice was forwarded to all counsel of record via the court’s CM/ECF electronic service system.

_/By/Ruben R. Peña_
Ruben R. Peña