IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION DISTRICT NO. 2, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:26-cv-00368 |
| | § | |
| SPENCER CONSTRUCTION, LLC AND | § | |
| ROYAL CONCRETE PRODUCTS, LLC, | § | |

**PLAINTIFF, HIDALGO COUNTY IRRIGATION DISTRICT NO. 2'S ORIGINAL ANSWER TO DEFENDANT, SPENCER CONSTRUCTION, LLC'S COUNTERCLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, HIDALGO COUNTY IRRIGATION DISTRICT NO. 2 ("HCID2"), Plaintiff in the above-styled and numbered cause, and respectfully submits its Original Answer to Defendant, SPENCER CONSTRUCTION, LLC'S ("Spencer") Counterclaim and in support thereof, would respectfully show the Court as follows:

**ANSWER**

1. Plaintiff Denies the allegations in paragraph 1 of Spencer's Counterclaim as the Temporary Restraining Order was lawfully obtained and appropriate.

2. Plaintiff Denies the allegations in paragraph 2 and denies that Spencer has suffered any damages as it is working elsewhere.

3. Plaintiff Denies the allegations in paragraph 3 that Spencer has been damaged by the Temporary Restraining Order or by any future Preliminary Injunction that may be issued.

## AFFIRMATIVE DEFENSES

4. Plaintiff has taken action to protect its property that it, or its predecessors in interest, have possessed, owned, and maintained since 1911. In the unlikely event that Plaintiff's rights are not vindicated by this suit, Plaintiff asserts that it is immune from any damages claims because it is a political subdivision performing governmental functions in protecting its irrigation canal. Plaintiff is immune from suit and immune from liability.

## PRAYER

For these reasons, Plaintiff asks the Court to enter judgment that Defendant take nothing, dismiss Defendant's suit with prejudice, assess costs against Defendant, and award Plaintiff all other relief the Court deems appropriate.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Boulevard, Suite 300
Weslaco, Texas 78596
(956) 968-5402
(956) 969-9402 – Fax

By: ______________________________
LANCE A. KIRBY
State Bar No. 00794096
lakirby@jgkl.com; lrodriguez@jgkl.com
*Attorneys for Plaintiff, Hidalgo County Irrigation District No. 2*

CERTIFICATE OF SERVICE

I certify that on August 25, 2026, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically serve a Notice of Filing on the following attorneys:

Lance Duke
Assistant United States Attorney
SOUTHERN DISTRICT OF TEXAS
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 78401
Lance.duke@usdoj.gov

Ruben R. Pena
LAW OFFICE OF RUEN R. PENA
5375 Camino de la Tierra
Brownsville, Texas 78526
ruben@rubenpenalaw.com

LANCE A. KIRBY