Deed Jno. T. Beamer To Louisiana Rio Grande Canal Co.
Conveying 31.632 acres of land out of Porcions No 72. Los Torritos Santa Ana & El Gato in Hidalgo County, Texas.

The State Of Texas §
County Of Hidalgo § Know all Men By These Presents:

That I, John T. Beamer hereinafter sometimes styled First Party, or grantor, for and in consideration of the sum of One ($1.00) Dollar, in cash, to First Party paid by the Louisiana-Rio Grande Canal Company a private corporation organized and existing under and by virtue of the laws of the State of Texas, hereinafter sometimes styled Second Party, or grantee; And the further consideration of the conveyance here-after this day to be made, to First Party by Second Party, of the land hereinafter described, and the transfer and assignment therein, of one share of the capital stock of said Louisiana-Rio Grande Canal Company for each and every acre of said land thereby con-veyed, as will more fully appear by reference to said deed of conveyance thereto, when made, to which said deed and its record in the Deed Re-cords of Hidalgo County, when recorded, special refer-ence is now here made, and they are each in all things made a part hereof.

And upon and for and in consideration of the conditions, covenants, agreements, stipulations reservations and undertakings in said deed of conveyance contained, and to be contained, all to be faithfully, well and truly kept and performed by the parties thereto respectively, their respective

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS ★
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: [signature]
Deputy Clerk
Pg. 1 of 6

tabbies
PLAINTIFF'S EXHIBIT
1

D/R Vol. 15



successors assigns heirs, legal representatives and all persons whomsoever claiming or holding any right, title, interest, claim, demand or privilege under this conveyance, or under said conveyance from Second Party to First Party, to be hereafter executed as aforesaid and all of which said agreements, covenants, undertakings, terms, conditions and stipulations therein contained and provided are the prime, moving and true considerations hereof, and of said conveyance from ~~Second Party~~ First Party to be hereafter executed as aforesaid.

Have Granted, Sold, Conveyed, Transferred and Assigned, and by these presents do Grant Sell Convey, Transfer and assign unto Second Party all and singular the following described property to-wit:

First:

Being parts of Porcion Seventy-two (72), and Los Torritos, all of Santa Ana, and the upper or westernmost two (2) leagues of the El Gato grants, with the following three exceptions.

Except about two hundred (200) acres out of the El Gato upper league, the property of William Handy, and except about one hundred (100) acres out of Los Torritos the property of B. G. Stegman; and except about one hundred thirty seven (137) acres being the right of way and station grounds of the St. Louis, Brownsville and Mexico railroad where the same crosses the above described land.

The entire tract being bounded on the south by the Rio Grande River; on the west by the lands of Stewart, Chapin, Lewis, Hammond & Fernandez, and Closner; on the North by the sectionized school lands; and on the east by the league of land owned by Fifield & Hall containing in all about 31632 acres, without the exceptions. It being the same land bought by me of P. E. Blalack and G. L. Hawkins and the land syndicate of the St. Louis Union Trust Company.

Reference to the deeds to which is hereby specifically made for a greater certainty of description

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS ★
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: [signature] Deputy Clerk
Pg. 2 of 6

said deeds being of record in deed records of Hidalgo County, Texas in deed record books numbered — on page —, — on page —, and — on page — and all the land being in Hidalgo County State of Texas

Second.

All of the capital stock of the Louisiana-Rio Grande Canal Company now owned or held by First Party or to which First Party is, or may be now in any manner entitled, as stockholder of said corporation.

Third.

All and singular the water rights, appropriations riparian rights, titles, privileges, uses and easements relating to, connected with, or in any manner affecting or pertaining to the taking, use or enjoyment of water in and from the Rio Grande River whatsoever, which pertain, are incident to, or in any manner connected with or affect the said land hereby conveyed, or any part thereof, or any other land under or covered by said Louisiana Rio Grande Canal Company's canal system, as the same is now constructed or located, as the same is contemplated to be hereafter constructed, which the grantor herein has, owns or possesses, or to which said grantor is in any manner entitled, as owner of said above described land riparian to the Rio Grande River, or otherwise, or which First Party may hereafter, in any manner, become entitled to or acquire as incident or appurtenant to the ownership of said land riparian to the Rio Grande River, or by appropriation, or otherwise, it being the intention of the grantor herein to convey to grantee here any and all water rights and appropriations whatsoever now owned or hereafter acquired by the grantor herein, which are incident, appurtenant to, or in any manner connected with, or affect the tract of land herein and hereby conveyed, or to any other land under or covered by said Louisiana-Rio Grande Canal Company's said irrigation system, as

COUNTY COURT OF HIDALGO COUNTY TEXAS

Date: AUG 12 2026

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office

By: [signature] Deputy Clerk

Pg. 3 of 6

D/R Vol. 15

274

274-15 15

constructed or as the same is contemplated to be constructed, whether acquired by prescription, appropriation or otherwise.
It being the express intention of the parties hereto, and each of them, that the Second Party herein, its successors or assigns shall have the full dominion, use control, enjoyment, ownership and disposition of all water riparian rights, rights, appropriations, uses privileges and easements relating to, connected with, pertaining to or in any manner affecting the taking, use and enjoyment of water in and from the Rio Grande River, whatsoever, which pertain to, are incident or appurtenant, to or in any manner connected with, or affect the lands hereby conveyed, and all the lands under or covered by Second Party's irrigation system as the same is now, or as the same is contemplated to be hereafter, constructed, so long as Second Party, its successors or assigns shall faithfully keep carry out, discharge and perform its agreements and undertakings set forth in said conveyance to be hereafter executed by Second Party to First Party, as aforesaid, relative to the supplying and furnishing water for irrigation purposes, and operate and maintain all its said canal system for such purposes;
And any and all such rights as First Party herein has, or may at any time have had or acquired, shall vest in, and hereafter be the property of Second Party herein, its successors or assigns, subject only to the condition and limitation that a permanent failure of said Second Party to supply and furnish water to First Party, heirs, successors, assigns, or legal representatives, under the terms, conditions and stipulations in said conveyance to be made by Second Party to First Party, as aforesaid or a permanent abandonment of Second Party of the operation and maintenance of said canal system, and the consequent failure to keep and perform its covenants, agreements

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: [signature] Deputy Clerk
Pg. 4 of 6

HR Vol 15



and undertakings set forth and provided in said conveyance from Second Party to First Party as aforesaid, to furnish and supply water as therein contained and provided, shall operate as a forfeiture of its right and title hereby conveyed to said water rights, riparian rights appropriations, uses, privileges and easements relating to and connected with, pertaining to, or in any manner affecting the use, taking and enjoyment of water in and from the Rio Grande River, as hereinbefore described, and the right and title thereto, insofar as the same is connected with, or related to the land hereby conveyed, shall thereupon and therewith revert to and become the property of First Party, heirs, successors, assigns or legal representatives, the then owners of said land.

To Have and To Hold the above described premises, land, property, rights, and easements, together with all and singular the rights, privileges, appurtenances, and improvements thereunto incident appurtenant or belonging unto the said Louisiana Rio Grande Canal Company, its successors or assigns forever and the grantor herein does hereby bind himself his heirs, executors, administrators, successors and legal representatives to warrant and forever defend all and singular the said premises and property unto the said Louisiana Rio Grande Canal Company, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under First Party and no further.

Witness the signature of the grantor herein on this the 1st day of March A.D. 1911

Signed and delivered in the presence of: John T. Beamer

1 John T. Moffit

2 ______

The State of Iowa }
County of Cedar } Before me, the undersigned authority on this day personally appeared John T. Beamer known to me to be the person whose name is

COUNTY COURT · COUNTY OF HIDALGO TEXAS

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ______ Deputy Clerk
Pg. 5 of 6

8/2 Vol. 15



276-15

15

subscribed to the foregoing instrument, and who acknowledged to me that he executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office this the 1st, day of March A. D. 1911

SEAL

John T. Moffit
Notary Public in & for Cedar County Iowa

Filed for Record in the office of the County Clerk of Hidalgo County, Texas, at 4[10] O'clock P. M. this 9th day of May A. D. 1911

A. E. Chavez County Clerk of Hidalgo County Tex.

Recorded May 12th A. D. 1911 at 2[20] O'clock P. M.

SEAL

County Clerk

COUNTY COURT COUNTY OF HIDALGO TEXAS

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: [signature]
Deputy Clerk
Pg. 6 of 6