#4153

WARRANTY DEED CONVEYANCE, & BILL OF SALE. Louisiana RIO GRANDE CANAL COMPANY TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO , CONVEYING LANDS, IRRIGATION SYSTEM PERSONAL PROPERTY, ETC.

STATE OF TEXAS:

COUNTY OF HIDALGO: KNOW ALL MEN BY THESE PRESENTS: THAT THE LOUISIANA-RIO GRANDE CANAL COMPANY, A Private corporation, incorporated and existing under and by virtue of the laws of the State of Texas, hereinafter, for convenience, sometimes designated Grantor, for and in considerationof the sum of One Million Two Hundred and Fifty Thousand ($1,250,000)Dollars, to it paid by HIDALGO COUNTY WATER IMPROVEMENT DISTRICT No. Two, the receipt whereof is hereby acknowledged, said amount being evidenced and represented by Twelve hundred and fity (1250) Serial Gold Coupon Bonds of said Hidalgo COUNTY WATER IMPROVEMENT DISTRICT NO TWO, for the principal sum of One Thousand ($1,000) Dollars each, all dated December 1st A.D.1920, bearing interest from date, at the rate of six percentum per annum, payable semi-annually on the first day of June and the first day of December of each year , until the principal thereof is paid, numbered respectively, the date of maturity thereof and the aggregate amount of such bonds maturing each respectively year, being as follows:

| NUMBERS | DATE OF MATURITY | AMOUNT MATURING EACH year |
|---|---|---|
| 4 to 18 | December 1st, 1921 | 15,000 |
| 22 " 37 | " 1922 | 16,000 |
| 41 " 57 | " 1923 | 17,000 |
| 62 " 78 | " 1924 | 17,000 |
| 83 " I[illegible] | " 1925 | 18,000 |
| 105 " I[illegible] | " 1926 | 20,000 |
| 129 " [illegible] | " 1927 | 21,000 |
| 155 " 176 | " 1928 | 22,000 |
| 182 " 206 | " 1929 | 25,000 |
| 212 " 237 | " 1930 | 26,000 |
| 243 " 270 | " 1931 | 28,000 |
| 277 " 305 | " 1932 | 29,000 |
| 312 " 343 | " 1933 | 32,000 |
| 351 " 383 | " 1934 | 33,000 |
| 391 " 426 | " 1935 | 36,000 |
| 438 " 472 | " 1936 | 38,000 |
| 481 " 521 | " 1937 | 41,000 |

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS ★

Date: AUG 12 2026

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office

By: ____ Deputy Clerk

Pg. 1 of 46

PLAINTIFF'S EXHIBIT 3

DEED 120



| | | | | |
|---|---|---|---|---|
| 531 | to 573 | " | 1938 | 43,000 |
| 583 | " 628 | " | 1939 | 46,000 |
| 639 | " 686 | " | 1940 | 48,000 |
| 697 | " 748 | " | 1941 | 52,000 |
| 760 | " 813 | " | 1942 | 54,000 |
| 825 | " 882 | " | 1943 | 58,000 |
| 895 | " 956 | " | 1944 | 62,000 |
| 970 | " 1034 | " | 1945 | 65,000 |
| 1049 | " 1117 | " | 1946 | 69,000 |
| 1133 | " 1205 | " | 1947 | 73,000 |
| 1221 | " 1298 | " | 1948 | 78,000 |
| 1316 | " 1397 | " | 1949 | 82,000 |
| 1415 | " 1500 | " | 1950 | 86,000 |

Has GRANTED , BARGAINED, SOLD CONVEYED, TRANSFERRED, ASSIGNED, DELIVERED, SET OVER AND CONFIRMED, and by these Presents does GRANT, BARGAIN, SELL, CONVEY, TRANSFER, ASSIGN DELIVER, SET OVER AND CONFIRM unto said Hidalgo County Water Improvement District NO. TWO, a duly and legally formed, organised, defined, created, established and existing Water Improvement District, under and by virtue of the Constitution and laws of the State of Texas, all properties, real, personal and mixed, the entire irrigation system pumping plants, canals, laterals, flumes, syphons, gates, checks, bridges, telephone lines, houses, buildings and structures, all water rights, and all other rights whatsoever, titles, interests, estates, equities, easements, franchises, privileges, notes, accounts, books, records, furniture, equipment, suits, demands, claims, choses-in-action all personal property, automobiles, wagons, machinery, tools, implements, horses, mules supplies of every kind, character, nature and description whatsoever, and wheresoever situated and from whatever source acquired, now owned by said LOUISIANA-RIO GRANDE CANAL COMPANY, or to which it may be in any manner entitled, and, without at all limiting, restricting or affecting the generality or comprehensiveness of the foregoing, the following property is intended to be and shall be included, to-wit:

FIRST LANDS.

ALL Lands of whatever description and from whatever source acquired, now owned by Grantor, or to which it may be in any manner entitled, situated in the County of Hidalgo, State of Texas, and in, out of and forming part of any or all of the several larger tracts, porciones or Grants of land in said County, hereinafter mentioned, and also all rights, titles, interests, estate, equities, easements of whatever kind and character and from whatever source acquired, now owned by Grantor, or to which it may be in any manner entitled, in and to the following described lands or any part thereof, to wit: *Garcia Uarda de los Rios original Grantee,*

Porcion Sixty-four (64), Juan Antonio Villarreal, original Grantee, Porcion Sixty-six (66) Jose Felix Hinojosa, original Grantee, Porcion Sixty-seven (67), Domingo Fonseca, original Grantee, Porcion Sixty-eight (68), Gregorio Camacho, original Grantee Porcion Sixty-nine (69) Juan Jose Hinojosa, original Grantee, Porcion Seventy (70) Antonio Velasco, original Grantee, Porcion Seventy-one (71), Narciso Cavazos, Original Grantee, Porcion Seventy-two (72) Jose Maria Balli, original Grantee, the Los Torritos Grant, Maximo Dominguez, original Grantee, the Santa Ana Grant, Benigno Leal, original Grantee, and the El Gato Grant, Juan Jose Trevino, Original Grantee, reference being now here made to the Deed to Surveyors Records of Hidalgo County, for a more particular description of said Porcioners or Grants, and Reference is now made to the several

COUNTY COURT * COUNTY OF HIDALGO TEXAS *
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 2 of 46

DEED 120

533

120/533

deeds and conveyances from sundry parties to the LOUISIANA-RIO GRANDE CANAL COMPANY, and the record thereof, in the Deed or other records of Hidalgo County, all of which are made part hereof, for a more particular description of said lands, but this conveyance is not limited thereto, but shall convey all lands, rights, titles, interests, and easements now owned or held by Grantor, whether acquired by deed, limitation, or otherwise, and without regard as to whether Grantor holds deed or conveyance to such land, or whether or not the same is recorded.

1576

SECOND- TOWN LOTS.

All those certain tracts, pieces or parcels of land or town lots lying and being situated in and forming part of the town of Pharr, in said County of Hidalgo, State of Texas, and more particularly described as being lots number One (1), two (2), three (3), four (4), five (5) in and of Block number Twenty (20), and lots numbers Twenty-one (21) and Twenty-two (22) in and of Block fifty (50), of said town of Pharr, as shown by official map and plat of said town made by E.M. Card, Civil Engineer and Surveyor, in September 1911, and the record thereof, in Volume __ at pages ___ of the Map Records of said Hidalgo County, now here referred to and made a part hereof.

THIRD- FARM LANDS.

All those certain tracts, pieces or parcels of land lying and being situated in said County and forming part of one or the other as the fact may be, of Porcion seventy-one (71) Narciso Cavazos, original Grantee, and Porcion Seventy-two (72), Jose Maria Balli, original Grantee, and respectively described on a certain map and plat of the Resubdivision of lands in said Porciones, of record in Volume II, pages 64-65, of the Map Records of Hidalgo County, now here referred to and made a part hereof, as follows:

1st. Tract; All that certain tract, piece or parcel of land containing fourteen (14) acres out of and forming part of lot one (1) in and of Block Fifteen (15); said fourteen acre tract being bounded on the north by a certain other tract, containing eleven (11) acres of said lot One (1), Block Fifteen (15) and on the south by another tract containing eleven (11) acres of said lot and Block.

2nd Tract: All that certain piece, parcel or tract of land containing Twenty (20) acres in, out of and forming part of said Porcion Seventy-two (72) known as, called and being the South Twenty (20) acres of Lot Eleven (11) Block One (1) of said Subdivision of said Porcion Seventy-two (72) as shown on said map and plat of the Resubdivision of lands in said Porciones, and its record as aforesaid, now here referred to and made a part hereof.

3rd. Tract: All that certain piece, parcel or tract of land containing Five and nine hundredths (5.09) acres, in, out of and forming part of said Porcion Seventy-one (71) known as, called and being the five and nine hundredths (5.09) acres out of the South Half of Lot Five (5), Block Five (5), of said Subdivision of said Porcion Seventy one (71), and being more particularly described in the Deed from the Sheriff of Hidalgo County to the Louisiana-RioGrande Canal Company dated day ___ day of ___ A.D.19__, recorded in Volume ___ on page ___ in the Deed Records of Hidalgo County, now referred to and made a part hereof.

4th.Tract: All those certain tracts, pieces or parcels of land containing the aggregate Twenty (20) acres, more or less, in, out of and forming part of said Porcion Seventy-one (71), known as, called and being the North one and thirty-six hundredths (1.36) acres of Lot Three (3), Block Seventeen (17), all of Lot Eight (8), containing

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS ★
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 3 of 46

Four and and sixty-six hundredths (4.66) acres Block Seventeen (17), all of Lot Nine (9), containing four and sixty-six hundredths (4.66) acres of said Block Seventeen (17), all of Lot Twelve (12), containing four and sixty-six hundredths (4.66) acres of said Block Seventeen (17) of the subdivision of said Porcion Seventy-one (71). Said Block Seventeen (17) being generally known as and called the Langley Subdivision of said Porcion Seventy-one (71), reference being now here made to the Subdivision and maps of said Porcion for a greater certainty of description of said property.

FOURTH-PUMPING SITES.

1st. Tract.

All that certain tract, piece or parcel of land lying and being situated in the County of Hidalgo, State of Texas, out of and forming part of Porcion Sixty-four (64) and more particularly described as follows, to-wit:

Beginning at a hub for the Northwest corner of this survey from which the S.W. corner of the Hidalgo Public School yards bears N. 68 degrees 26' E 275.5 feet, and the S.E. corner of the Protestant Church bears N 68 degrees 05' E. 55.1 feet, and running thence S. 64 degrees 06' W. at 384 feet the Military Road, at 452 feet a hub on the bank of the Rio Grande for the S.W. corner of this survey. Thence down the Rio Grande with its meanders S. 18 degrees 45' E. 235.2 feet S. 33 degrees 05' 255.2 feet to a hub for the S.E. Corner of this survey. Thence N. 64 degrees 05' E ... corner of this survey. Thence along the N. line of this survey N. 25 degrees 55' W 466.7 feet to the place of beginning, estimated to contain Five (5) acres, more or less. Variation 8 degrees 27'.

2nd. Tract.

All those certain tracts, pieces or parcels of land in said County, out of and forming part of one or the other or both, as the case may be, of Porcion sixty-six (66), Jose Felix de Hinojosa, original Grantee, and Porcion sixty-seven (67) Domingo Fonseca, original Grantee, and more particularly described as follows:

(I) All that certain tract, piece or parcel of land containing nine and seventy-three hundredths (9.73) acres out of and forming part of Lot Three (3) Block Seventeen (17), of the Steele and Pershing Subdivision of Porcion sixty-six (66) and sixty-seven (67), as shown by the map and plat thereof and the record thereof in Volume 8, on page 109 of the Deed Records of Hidalgo County, Texas, and more particularly meted bound and described as follows:

-Beginning at a stake in the line common to Blocks 16 and 17, of Steele and Pershing Subdivision of Porcion 66 and 67; South 81 degrees 25 minutes east 150 feet from a post in the West line of said Subdivision, marked 16/17, said stake being also at the intersection of the East right-of-way line of the Main Canal of Louisiana Rio Grande Canal Company and said line common to Blocks 16 and 17; Thence with the East right-of-way line of said Louisiana-Rio Grande Canal Company's Main Canal South 8 degrees 35 minutes West 537.2 feet to the Northwest corner of a five acre tract of land purchased by Louisiana-Rio Grande Canal Company; Thence with the North line of said tract south 81 degrees 25 minutes East 467.4 feet to the Northeast corner of said tract; Thence south 8 degrees 35 minutes West 466 feet to the SouthEast 172.6 feet to a stake; Thence North 8 degrees 35 minutes East 1003.2 feet to the North line of Lot 3, Block 17; Thence with said line North 81 degrees 25 minutes West 640 feet to the place of beginning, containing nine and seventy-three one hundredths (9.73) acres, being all out of the East half of Lot 3, Block 17, of Steele and Pershing subdivision of Porciones 66 and 67.

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 4 of 46

DEED 120



535

(2) All that certain tract, piece or parcel of land containing five (5) acres, more or less, out of and forming part of Lot Three (3) Block Seventeen (17), of the said Steele and Pershing subdivision of Porciones sixty-six (66) and sixty-seven (67) as shown by said map, and more particularly meted, bound and described as follows:

Beginning at a stake in the line common to Block 16 and 17 of said Steele and Pershing Subdivision of Porciones 66 and 67, said point in stake being south 81 degrees 25 minutes East 150 feet from a post in the West line of said Subdivision, originally marked 16/17; said stake being also at the intersection of the East right-of-way line of the Main Canal of the Louisiana-Rio Grande Canal Company as there now located and constructed, and said line common to said blocks 16 and 17, and said point being also the Northwest corner of a certain other tract of land containing 9.73 acres herein before described; thence with the East right-of-way line of said Louisiana-Rio Grande Canal Company's Main Canal South 8 degrees 35 minutes West 537.2 feet to a point and a stake set for and being the northwest corner of the five-acre tract of land now herein described and generally known as and called the Louisiana-Rio Grande Canal Company's original Five-Acre Second Lift Pumping Site Tract and said point and stake being also a southwest corner of said five-acre tract herein before described; thence South 81 degrees 25 minutes East 467.4 feet to a point and stake set for and being the Northeast corner of said five-acre tract; thence South 81 degrees 35 minutes West 466 feet to a point and/stake set for and being the Southeast corner of said Five-acre tract, and being also the Southwest corner of said 9.73 acre tract; thence North 81 degrees 25 minutes West 467.4, feet to a point and stake in the East right-of-way line of said Main Canal of said Louisiana Rio Grande Canal Company for and being the Southwest corner of said five-acre tract of land; thence North 8 degrees 35 minutes East with and along the right-of-way of the Main Canal of the Louisiana-Rio Grande Canal Company as there now located and constructed, 466 feet to said Northwest corner of said five-acre tract.

(3) All that certain tract, piece or parcel of land containing twenty (20) acres out of and forming part of Lot Four (4), Block Seventeen (17) of the said Steele and Pershing Subdivision of Porciones 66 and 67, as shown by said map and more particularly meted, bound and described as follows:

Beginning at a post, said post being a common corner of Lots 4 and 5, Block 17, and Lots 2 and 3, Block 18, of said Steele and Pershing Subdivision and running thence along the common boundary line of lots 4 and 5, Block 17, of said Steele and Pershing Subdivision North 8 degrees 35 minutes East 660 feet to a point and stake set for the Northeast corner of this twenty-acre tract. Thence, North 81 degrees 25 minutes West 1320 feet to a point and stake set on the West line of said Lot 4, Block 17 of said Steele and Pershing subdivision same being the North West corner of this twenty-acre tract. Thence, along the West line of said Lot 4, Block 17, of said Steele and Pershing subdivision South 8 degrees 35 minutes West 660 feet to a point and stake same being the south west corner of Lot 4, Block 17 and the North West corner of Lot 3, Block 18 of said Steele and Pershing Subdivision. Thence, along the south line of said Lot 4, Block 17 of said Steele and Pershing Subdivision south 81 degrees 25 minutes East 1320 feet to the place of beginning, containing twenty acres more or less.

FIFTH-MAIN CANAL.

All those certain tracts, pieces or parcels of land in said County, out of and forming part of one or the other, or all, as the case may be, of said Porciones Sixty-four (64), sixty-five (65), and sixty-six (66), and respectively and more particularly

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 5 of 46

DEED 120



20 536

meted, bounded and described as follows, to-wit:

1st Tract; All that certain tract, piece or parcel of land containing fifteen and eighty-five (15.85) acres more or less, out of said Porciones 64 and 65;

Beginning at a hub in the West line of the Hidalgo Canal Company land and the East line of the McAllen and Young lands, and running thence north 58 degrees 07 minutes West 2858.1 feet to a corner of this survey; thence North 70 degrees 53 minutes West 777.4 feet to a point on the East line of a five-acre tract North 64 degrees 05 minutes East 106 feet to the Northeast corner of the five-acre tract and an inside corner of this survey; thence along the North line of said tract North 25 degrees 55 minutes West 106 feet to a point for the Northwest corner of this survey; thence south 70 degrees 53 minutes East 794.2 feet to a corner of this survey; thence south 58 degrees 07 minutes East 3800.3 feet to a point on the Hidalgo Canal Company and (Mc-allen and Young) division line for the Northeast corner of this survey; thence along said division line south 8 degrees 35 minutes West 163.2 feet to the place of beginning; variation 8 degrees 27 minutes East. Estimated to contain 15.85 acres, more or less.

2nd. Tract; All that certain tract, piece or parcel of land containing fourteen and twenty hundredths (14.20) acres, more or less, lying and being situated in and forming part of Porciones sixty-five (65) and sixty-six (66) in said County, and more particularly meted, bounded and described as follows, to-wit;

Beginning at a point in the line between Jas and Jno. McAllen and Trotti, 75 feet south of the center line produced of a canal of the Louisiana Rio Grande Canal Company constructed on the land of said McAllen, and being at or near the North side of the Military Road; thence south 57 degrees 59 minutes 88.9 feet; thence following a circular curve to the left having a radius of 1985.08 feet through 52 degrees 06 minutes of Arc; thence North 69 degrees 55 minutes East 2.8 feet; thence following a circular curve to the left having a radius of 1865.73 feet through 38 degrees 13 minutes of Arc to the line between said Trotti and the assigns of G. Bedell Moore; thence with the line of said Moore and Trotti North 8 degrees 35 minutes East 732.27 feet; thence with a circular curve to the right tangent to the last described land and running with a southern extension of said curve, said curve having a radius of 1715.73 feet through 61 degrees 20 minutes of Arc; thence south 69 degrees 55 minutes West 2.8 feet; thence with a circular curve to the right having a radius of 1835.08 feet through 52 degrees 06 minutes of Arc; thence North 57 degrees 59 minutes West 153.9 feet to the line of said Trotti and McAllen; thence with their line south 8 degrees 35 minutes West 163.5 feet to the beginning containing 11.3 acres, 4.8 acres being in Porciones 65, and 6.5 acres being in Porcion 66, Hidalgo County, and also all of the triangular shaped tract to the left-line between the North side of the Military Road and the Canal of the Louisiana Rio Grande Canal Company to be constructed as above described containing two acres of land more or less, of which the following is a description; Beginning at the intersection of the Southeast line of right-of-way of Louisiana Rio Grande Canal Company's Canal and the middle line of Porcion 66; thence South 8 degrees 35 minutes West 553 feet to the Military Road; thence on the North side of said Road South 79 degrees 20 minutes West 629 feet to the south line of the right-of-way of said canal; thence with the said right-of-way (being a circular curve to the left with a radius of 1865.73 feet) to the beginning, containing 2.90 acres, the same being a part of Porcion 66, Hidalgo County, Texas.

3rd. Tract; All that certain tract, piece or parcel of land containing Twenty-two and ninety-three hundredths acres, more or less, in, out of and forming part of

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 6 of 46
COUNTY COURT COUNTY OF HIDALGO TEXAS

said Porciones sixty-four (64), sixty-five (65) and sixty-six (66), more particularly meted, bounded and described as follows:

100 feet off East side of Lot number 16, Section 6, containing 3 acres of land and a strip of land 75 feet wide off of the East side of lot number 8, Section 4, lots numbers 9 and 16, Section 2, and lots numbers 1,4 and 5, and 8, Section 1, containing 2.27 acres off of each lot or a total of 15.89 acres. Also a 75 foot strip off of the East and south side of lots number 9, 12 and 11 of Section 1, Hidalgo Canal Company's land; being a strip of land extedding westward and northward to a line parallel with, and 75 feet distance from the following described land; Beginning at the original Northeast corner of lot number 9, Section 1, Hidalgo Canal Company's subdivision on the West Line of the Louisiana Rio Grande Main Canal right-of-way; thence with said West line of right-of-way as follows: South no degrees 49 minutes East (Magnetic) 6 500 feet to point of curve of said canal right-of-way; thence curving to the said right-of-way Westward and Northward cross the South line of Lot number 9, Section 11, approximately 1050 feet East of its Southwest corner, crossing the East line of lot number 11, 715 feet more or less, from the Northeast corner of same, at 4090 feet more or less, to the West line of Lot 11, section 1, Hidalgo Canal Company's lands 502 feet, more or less, from the Northwest corner of same, containing 7.4 acres more or less. All of the land herein conveyed being the Hidalgo Canal Company's subdivision of their lands in Porciones 64,65 and 66, Hidalgo County,Texas.

4th: Tract All that certain piece, tract or parcel of land containing nine and nine one-hundredths (9.09) acres, in, out of and forming part of said Porciones Sixty-four (64),sixty-five (65) and sixty-six (66) and more particularly meted, bounded and described as follows:

Nine and Nine one-hundredths (9.09)acres being a strip of land occupied by the Louisiana Rio Grande Canal Company's new Main Canal on the East side of the south Half (S½) of Section Four (4) and the North half (N½) of Section Three (3), being a portion of a certain tract of land containing 709 acres situated near McAllen, Hidalgo County Texas, and known as the 'Brasted Plantation, being out of the Ma. U. de los Rios, J.A Villareal and J.F. Hinojosa surveys, out of the Hidalgo Canal Company's subdivision of lands in Porciones 64-65-66, a plat of said lands being recorded in the Real Estate Records of Hidalgo County,Texas ; said 9.09 acres hereby conveyed being described by metes and bounds as follows, to-wit: Beginning at the original Northeast corner of Lot Nine (9), Section Four (4), of the Hidalgo Canal Company's subdivision for the ~~Section Four (4), of the Hidalgo Canal Company's subdivision for the~~ Northeast corner of this survey; thence Magnetic W.with the North line of said lot, a distance of 75 feet, for the Northwest corner of this tract; thence Magnetic South a distance of 5280 feet to the southwest corner of Lot no. 8, Section 3, of the Hidalgo Canal Company's lands for the Southwest corner of ~~said Lot 8, Section 3, for the Southeast corner hereof;~~ thence Magnetic North 5280 feet to the place of beginning, containing 9.09 acres.

5th Tract All that certain tract, piece or parcel of land containing one hundred and forty-three and five one-hundredths (143.05) acres, in, out of and forming part of Porcion sixty-six (66), more particularly meted, bounded and described as follows:

Beginning at a point south 8 degrees 35 minutes West 1680.3 feet and South 81 degrees 25 minutes East 40 feet from a post marked 27-27, being the corner of lots 3 and 4 of Steele and Pershing's Subdivision of Porciones 66 and 67; thence south 81 degrees 25 minutes East 130 feet; thence North 8 degrees 35 minutes East 26760.3 feet

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 7 of 46
COUNTY COURT COUNTY OF HIDALGO TEXAS

DEED 120



to the North line of Block I8 of said subdivision; thence North 8I degrees 25 minutes West 20 feet; thence north 8 degrees 35 minutes East (passing the north line of Block 9 at 24544 feet) 25018 feet; thence North 8I degrees 25 minutes West II0 feet to a point on the West side of a 40 foot road on the East side of the middle line of Porcion 66; thence with the said road south 8 degrees 35 minutes West 51778.3 feet to the beginning containing I43.05 acres in Porcion 66.

6th Tract; all that certain tract, piece or parcel of land containing eight and seventy-three hundred (8.73) acres out of and forming part of Porcion sixty-six (66), more particularly meted, bounded and described as follows;

A strip of land 96 feet wide bounded on the West by the right-of-way of Main Canal as reserved by the Estate of G. Bedell Moore and being off the Western side of the following described lots of Steele and Pershing's subdivision of Porciones 66 and 67 to-wit: Lot 3 Block 22, Lot 4, Block 20, Lot 3, Block I9, containing in all 8.73 acres being a part of Porcion 66.

7th Tract: All that certain tract, piece or parcel of land containing fourteen and fifty-six one-hundredths (14.56) acres, in, out of and forming part of said Porcion Sixty-six (66), more particularly meted, bounded and described as follows:

A strip of land 96 feet wide bounded on the West by the Main Canal Right-of-way, as reserved by the Estate of G. Bedell Moore, said strip being off the Western side of the following described lots of Steele and Pershing's subdivision of Porciones 66 and 67, to-wit: Lots 3 and 4, Block 24, Lot 4, Block 2I, Lot 3, Block 20 and Lot 4, Block I8 containing I4.56 acres being part of Porcion 66.

8th Tract All that certain tract, piece or parcel of land containing Twenty-three and twenty-seven one-hundredths (23.27) acres, in, out of and forming part of said Porcion Sixty-six (66), more particularly meted, bounded and described as follows:

A Strip of land 96 feet wide off the Western side of the following described lots of Steele and Pershing's subdivision of Porciones 66 and 67, said strip being bounded on the West by the right-of-way so reserved by the Estate of G. Bedell Moore, to-wit: Lots 3 and 4 Block 25; Lots 3 and 4, Block 23; Lot 4, Block 22; Lot 3, Block 2I; Lot 4, Block I9 and Lot 3, Block I8, containing in all 23.27 acres, being a part of Porcion 66.

SIXTH LATERAL "A".

Ist Tract: All that certain tract, piece or parcel of land containing three and eighty-six one hundredths (3.86) acres in, out of and forming part of said Porcion sixty-six (66), more particularly meted, bounded and described as follows,

Beginning at a point on the Main Canal, 65.75 feet S. 8 degrees 35 minutes W. from the intersection of said right-of-way and the middle line of Lateral "A" of the Louisiana-Rio Grande Canal Company's irrigation system, now constructed, and being I3I2 feet S 8 degrees 35 minutes west from the intersection of the line between lots three (3) and four (4), Block Twenty-seven (27) of the Steele and Pershing Subdivision of Porciones sixty-seven and the east half of sixty-six (66); thence east I296.5 feet to the line of lots four (4) and five (5), Block Twenty-seven (27); thence with said line N. 8 degrees 35 minutes E. I3I.5 feet thence west I294.5 feet to said Main Canal right-of-way; thence south 8 degrees 35 minutes W I3I.5 feet to the beginning, containing 3.86 acres in Porcion 66;

2nd. Tract; All that certain tract, piece or parcel of land containing Eight and eighty one hundred acres (8.80) in, out of and forming part of said Porciones sixty six (66) and sixty-seven (67), more particularly meted, bounded and described as

COUNTY COURT OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 8 of 46

follows:

Beginning at a point in the line of lots four (4) and five (5), Block Twenty seven (27), of Steele & Pershing's subdivision of Porcion Sixty-seven and East one-half of Porcion sixty-six, south 8 degrees 35 minutes West, 65.75 feet from the intersection of said line with the middle line of Lateral "A" of the Louisiana-Rio Grande Canal Company's irrigation system now constructed; thence East 1824 feet; thence south 85 degrees 04 minutes East, 1330.7 feet; thence south 63 degrees 24 minutes East, 85.1 feet to the line of Porciones 67 and 68; thence with said line North 8 degrees thirty-five (35) minutes East 136.8 feet; thence North 63 degrees 24 minutes West, 69.3 feet thence North 85 degrees 04 minutes East 1359.1 feet; thence west 1529.6 feet to the line of Lots four (4) and five (5) Block Twenty-seven (27) of said subdivision; thence with said line south 8 degrees 35 minutes West, 131.5 feet to the beginning, containing 8.80 acres, 0.02 acres being in Porcion 66 and 8.78 acres in Porcion 67.

3rd. Tract; All that certain tract, piece or parcel of land containing four and fifty-eight one hundredths (4.58) acres in, out of and forming part of said Porcion Sixty-eight (68), more particularly meted, bounded and described as follows:

Beginning at a point on the North side of the Military Road and in the line of Porciones sixty-seven (67) and sixty-eight (68); thence south 63 degrees, 25 minutes East 1535.8 feet; thence North 8 degrees 35 minutes East 136.7 feet; thence North 63 degrees 25 minutes West 1535.8 feet; thence south 8 degrees 35 minutes East 136.7 feet to the beginning, containing 4.58 acres.

4th Tract; All that certain tract, piece or parcel of land containing Four and fifty-two one hundredths (4.52) acres in, out of and forming part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Porcion sixty-eight (68) and sixty-nine (69), North 8 degrees 35 minutes East 61 feet from the corner fence post on the North side of the Military Road; thence North 8 degrees 35 minutes East 130 feet, thence with a curve to the right, tangent to a line bearing North 81 degrees 29 minutes with the curve, having a radius of 1845.08 feet through 18 degrees 4 minutes of arc; thence North 63 degrees 25 minutes West 936.2 feet, thence south 62 degrees 25 minutes East 894.3 feet; thence with a circular curve to the left, having a radius of 1975.08 feet through 18 degrees of arc to the beginning, containing 4.52 acres.

5th Tract; All that certain tract, piece or parcel of land containing four and thirty-two one hundredthes (4.32) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at a point in the line between Porciones 68 and 69, and which is south 8 deg. 25' West 1560.3 feet from a post the S.W. corner of Lot 404 of Pharr Bros. and Associates, subdivision of Porciones 69 and 70, thence with the North edge of the New Military Road south 81 degrees 25 minutes East 1446.2 feet to the southwest corner of Lot 403 of said subdivision, being also the East line of the Cantu Homestead tract; thence with said line and said Lot 403 North 8 degrees 25 minutes East 130 feet; thence North 81 degrees 25 minutes West 1446.2 feet; thence south 8 degrees 25 minutes West 130 feet to the beginning, containing 4.32 acres, in Porcion 69, Hidalgo County, Texas.

6th Tract. All that certain tract, piece or parcel of land containing Eleven and forty-four one hundredths (11.44) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows:

COUNTY COURT * COUNTY OF HIDALGO TEXAS *
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 9 of 46

DEED 120



120 540

Beginning at a point in East line of B.K. Michael, which is N. 8 degrees 25 minutes E 61 feet and S. 81 degrees 35 minutes E 1446.2 feet from a post in the line of Porciones 68 and 69 on the North side of the Military Road; thence S. 81 degrees 35 minutes E. 3833.8 feet to the middle of a road one mile east from and parallel with the West line of Porcion 69; thence with said road N. 8 degrees 25 minutes E 130 feet; thence N 81 degrees 35 minutes West 3833.8 feet to the E line of said Michael; thence S 8 degrees 25 minutes W 130 feet to the beginning containing 11.44 acres in Porcion 69.

7th Tract; All that certain tract, piece or parcel of land containing Ten and eighty-eight one hundredths (10.88) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at the intersection of a road one mile to the eastward from and parallel with the west line of Porcion 69, and the north line of the New Military Road; thence S 81 degrees 35 minutes, East 897.9 feet ; thence following a curve to the left having a radius of 5795 feet through 16 degrees 22 minutes of arc; thence North 82 degrees 03 minutes East 1093.4 feet to the line of Jno. Closner; thence with his line North 8 degrees 29 minutes East 135.5 Feet; thence south 82 degrees 03 minutes West 1131.6 feet; thence with a curve to the right having a radius of 5665 feet through 16 degrees 22 minutes of arc; thence North 81 degrees 35 minutes East 897.9 feet, to the middle of said road; thence with said road South 8 degrees 25 minutes West 130 feet to the beginning, containing 10.88.

8th Tract: All that certain tract, piece or parcel of land containing Five and Seventy-three one hundredths (5.73) acres in, out of and forming part of said Porcion Seventy (70), more particularly meted, bounded and described as follows: Beginning

Beginning at a point in the east line of J. C. Kelley, and S. 8 degrees 25 minutes West 67.75 feet from the intersection of the middle of Lateral "A" now construc ted, and said Kelly's line; thence N 82 degrees 03 minutes, E 1919.5 feet to the line of Porcion 70 and 71 about 600 feet North of the Military Road; thence with said line N 8 degrees 29 minutes E 135.5 feet; thence S 82 degrees 03 minutes W 1919.5 feet to said Kelly's line; thence with his line S. 8 degrees 25 minutes W. 135.5 feet to the beginning containing 5.73 acres in Porcion 70.

9th Tract; All that certain tract, piece or parcel of land containing Thirty-seven one hundredths (0.37) acres in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at the N.E. corner of the lands of Pedro Garza, being 125 varas N 8 degrees 25 minutes E. from the said Garza's S.E. corner on the Military Road, also being N. 8 degrees 25 minutes E. 45 feet from the intersection of the East line of said Garza with the middle line of Lateral "A" of the Canal System of the La Rio Grande Canal Company; thence with Garza's north line (being parallel to the Military Road)S. 82 degrees 41 minutes W. 150 feet, to the said Garza's N.W. corner; thence with said Garza's west line S. 8 degrees 25 minutes W. 114.1 feet; thence N 82 degrees 09 minutes E 150 feet to said Garza's East line; thence N. 8 degrees 25 minutes E. 112.7 feet to the beginning, containing 0.37 acres in Porcion Seventy-one (71).

(10th Tract: All that certain tract, piece or parcel of land containing Two and Forty-five one hundredths (2.45) acres in, out of and forming part of said Porcion ~~Seventy-five one hundredths (.75) acres in, out of and forming part of said Porcion~~ Seventy-one (71), more particularly meted, bounded and described as follows:

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 10 of 46

DEED 120



Begin Beginning at that point where the center line produced of Lateral "A" of the Louisiana-Rio Grande Canal Company's Irrigation System, as now constructed, would intersect the west line of the tract of land in said Porcion 70, now owned and occupied by the Grantors, and known as the William Brewster land, of which the land hereby conveyed forms a part; thence with said Brewster West line N 8 degrees 29 minutes East 88 feet to the Northwest corner of said Brewster Tract; thence north 80 degrees E. 907.5 feet to the Northeast corner of said Brewster tract; thence south 8 degrees 29 minutes West 89.2 feet; thence south 82 degrees 03 minutes W. 909.7 feet to the west line of said Brewster Tract; thence North 8 degrees 29 minutes E. 66.6 feet to the place of beginning, containing 2.45 acres of land/.

SEVENTH LATERAL "B".

1st Tract; All that certain tract, piece or parcel of land containing four and six one hundredths (4.06) acres in, out of and forming part of said Porcion sixty six (66), more particularly meted, bounded and described as follows;

Beginning at a point in the E line of the right of way of the Main Canal of the Louisiana Rio Grande Canal Company and being 1.7 feet northward from the S. line of Lot 8, Block 20, of Steele and Pershing's subdivision Porciones 66 and 69; thence N 60 degrees 35 minutes E 883.9 feet; thence with a curve to the right having a radius of 2800 feet through 9 degrees 51½ of arc to the line between lots 4 and 5, Block 20 of said subdivision; thence with said line N 8 degrees 35 min. E 137.3 feet thence with a curve to the left and westward tangent at its initial point to a line bearing S 80 degrees 12.5' W through 10 degrees 45' of arc, thence S 68 degrees 35' W 898.9 feet to the line of said right-of-way; thence with said right-of-way S 8 degrees 35 ' W 150.1 feet to the beginning containing 4.06 acres, being in Porcion 66.

2nd Tract: All that certain tract, piece or parcel of land containing nine and twenty-five hundredths (.9.25) acres, in, out of and forming part of said Porciones 66 and 67, more particularly meted, bounded and described as follows:

Beginning at a point in the line between Lots four and Five, Block Twenty of Steele and Pershing's subdivision of Porciones 66 and 67; thence with a a curve to the right and eastward tangent in its initial point to a line bearing North 79 degrees 21.5' east, having a radius of 2800 feet through 23 degrees 09 minutes of arc; thence south 78 degrees 25' east 1332.4 feet; thence south 78 degrees 25'. East; 1332.4 feet thence following a curve to the right having a radius of 2800 feet through 10 degrees 20' of arc to a point in the line of Porciones 67 and 68 which is south 8 degrees 35 minutes West; 460, feet from a post the corner of Lots 1 and 8, Block 20 of said subdivision; thence following a curve to the left and Westward having a radius of 2930 feet, and being tangent at its initial point to a line bearing North 69 degrees 33 minutes West through 8 degrees 52 minutes of arc;; thence North 78 degrees 25 minutes East, 1332.4 feet; thence with a curve to the left having a radius of 2930 feet through 22 degrees 15 minutes of arc;;to the line between said lots 4 and 5, Block 20; thence with the line of said lots; south 8 degrees 35 minutes West. 137.3 feet to the beginning containing 9.25 acres, 9.22 acres in Porcion 67 and 0.03 acres in Porcion 66. This being a strip of land 150 feet wide the middle line of which is the middle line of Lateral "B" across lots 4 and 5, Block 20 of Steele and Pershing's subdivision of Porciones 66 and 67.

3rd. Tract; All that certain tract, piece or parcel of land containing four and seventy-one hundredths (4.71) acres in, out of and forming part of said Porcion sixty-eight (68) more particularly meted, bounded and described as follows:

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 11 of 46

DEED 120

513 ... 842

Beginning at a point in the line of Porciones 67 and 68 south 8 degrees 35 minutes 460 feet from a post the corner of lots I and 6, Block 20 of Steele and Pershing's subdivision of the Santa Cruz Plantation; which point is on a circular curve having a radius of 2799.9 feet, being tangent to a line bearing south 67 degrees 5 minutes East; thence following to the East and to the right through I4 degrees 40 minutes of arc; thence south 53 degrees 25 minutes East 657 feet; thence following a circular curve to the left, having a radius of 70I.6 feet through I5 degrees I2 minutes of arc; thence North 8 degrees 35 minutes East I35.2 feet; thence following a circular curve to the right having a radius of 57I.6 feet, being tangent to a line bearing North 65 degrees 28 minutes West through I2 degrees 3 minutes of arc; thence N 53 degrees 25' west 657 feet; thence with a circular curve to the left, having a radius of 2929.9 feet through I6 degrees 8 minutes, to the line of Porciones 67 and 68 thence South 8 degrees 25 minutes West I33.2 feet to the beginning, containing 4.7I ac.

4th Tract; All that certain tract, piece or parcel of land containing four and fifty-three hundredths (4.53) acres in, out of and forming part of said Porcion sixty eight (68), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Porciones 68 and 69, 65I, feet south 8 degrees 35 minutes West from a post marked "A" 33 at the corner of lots 28I and 296 of Pharr Brothers and Associates Subdivision of Porciones 69 and 70; thence south 74 degrees 35 minutes West I116.3 feet; thence with a circular curve to the right, having a radius of 57I.6 foot; through 39 degrees 67 minutes of arc; thence south 8 degrees 35 minutes West I35.2 feet; thence with a circular curve to the left, having a radius of 70I.6 feet, being tangent to a line bearing S 60 degrees through 37 minutes West through 36 degrees 48 minutes of arc; thence North 74 degrees 35 minutes East I085 feet to the West line of Porcion 69; thence with that line North 8 degrees 35 minutes East I3I feet to the beginning, containing 4.53 acres of land;

5th Tract; All that certain tract, piece or parcel of land containing Eight and twenty-three (8.23) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Porciones 68 and 69, south 8 degrees 25 minutes West 585.2 feet from a post at the corner of lots 28I and 296 of Pharr Bros. and Associates subdivision of Porciones 69 and 70, said corner being in said Porcion line and is marked A-33; thence north 74 degrees 35 minutes E II93.4 feet thence with a curve to the right having a radius of I975.I feet through 23 degrees 47 min. of arc; thence S 81 degrees 38 minutes E 289.4 feet; thence with a curve to the right having a radius of I975.I feet through I3 degrees 26 minutes of arc; thence S 8 degrees 25 min. W I34 feet; thence following a curve to the left having a radius of I845.I feet, tangent at its initial point to a line bearing N 67 degrees I4 minutes W through degrees 24 min. of arc; thence N 8I degrees 38 min. W 289.4 feet; thence with a curve to the left having a radius of I845.I feet through 23 deg. 47' of arc; thence south 74 deg. 35' W I255.6 ft. to said Porcion line; thence with said line N 8 deg. 25' E I42.I ft. to the beginning, containing 8.23 acres.

6th Tract: All that certain tract, piece or parcel of land containing thirteen and eighty-nine hundredths (I3.89) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows;

Beginning in the line of lots two hundred ninety-four (294) and 295, Pharr Brothers and Associates subdivision of Porciones 69 and 70, at a point 65.2 feet S. 8 degrees 35 minutes W. from the intersection of Lateral "B" now contructed, of

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 12 of 46

DEED 120

543513

the Louisiana-Rio Grande Canal Company's irrigation system, and said lot line; thence following a curve to the right and eastward tangent at its initial point to a line bearing S 76 degrees 42 minutes E having a radius of 1845 feet through 22 degrees 04 minutes of arc; thence S 54 degrees 38 minutes E 2533.8 feet; thence S 60 degrees 38 minutes E. 1411.5 feet to the line of lots 301 and 302; thence with said line N 8 degrees 25 minutes E. 130.1 feet; thence N 60 degrees 38 minutes W. 1361.7 feet; thence N 54 degrees 30 minutes W. 2526.8 feet; thence with a curve to the left having a radius of 1975.1 feet through 22 degrees 24 minutes of arc to the line of lots 294 and 295; thence S 8 degrees 25 minutes W. 130.4 feet to the beginning containing 13.89 acres in Porcion 69.

7th Tract: All that certain tract piece or parcel of land containing Twelve and eighty-two hundredths (12.82) acres in, out of and forming part of said Porciones Sixty-nine (69) and seventy (70) more particularly meted, bounded and described as follows;

Beginning at a point in the W line of Lots 301 and 302 of Pharr Bros. and Associates subdivision of Porciones 69 and 70, 69.05 S degrees 25 minutes W. from the intersection of said line with the middle of Lateral "B" of the Louisiana-Rio Grande Canal Company's irrigation system now constructed; thence S. 60 degrees 38 minutes E 770.1 feet; thence with a curve to the left having a radius of 2930 feet through 14 degrees of arc; thence S 74 degrees 38 min. E 2267.5 feet; thence with a curve to the right having a radius of 2800 feet through 9 degrees 29 min. W of post to line of Porciones 70 and 71, 34.7 feet S 8 degrees 29 min. W of post marked 1031; thence N 8 degrees 29 min. E. 135 feet with the middle of the Chapin Road and said Porcion line; thence with a curve to the left and Westward having a radius of 2930 feet being tangent at its initial point to a line bearing N 66 degrees 09 min. W through 8 degrees 28 min. of arc; thence N 74 degrees 38 min. West 2267.5 feet; thence with a curve to the right having a radius of 2800 feet through 14 degrees of arc; thence N 60 degrees 38 minutes West 813.1 feet, to line of lots 301 and 302; thence S 8 degrees 25 minutes West 130.1 feet, to the beginning, containing 12.53 acres

8th Tract: All that certain tract, piece or parcel of land containing Nine and seventeen hundredths (9.17) acres, in out of and forming part of said Porcion Seventy- one (71), more particularly meted, bounded, and described as follows:

Beginning in the line of Porciones 80 and 71, S 8 degrees 29' W 34.7 feet from the corner of Lot 304 and Lot 305, of Pharr Bros. and Associates Subdivision of Porciones 69 and 70; thence following a curve to the right and eastward, tangent at its initial point to a line bearing S 65 degrees 24' E, having a radius of 2800 feet through 8 degrees 06' of arc; thence S 57 degrees 18' E 2504 feet, to the line between Lot 28, Block 15, and Lot 1, Block 16, thence with said line S 81 degrees 31' E 317.1 feet thence N 57 degrees 19' W 2793.4 feet; thence with a curve to the left having a radius of 2930 feet through 8 degrees 51' of arc to the line of Porciones 70 and 71; thence with said Porcion line S 8 degrees 29' W 135 feet, to the beginning, containing 9.17 acres, being a part of Porcion 71, Hidalgo County, Texas.

EIGHTH LATERAL "C"

1st Tract: All that certain tract, piece or parcel of land containing Three and fifty-seven hundredths (3.57) acres in, out of and forming part of said Porcion Sixty-six (66), more particularly meted, bounded and described as follows:

Beginning at a point in the east line of the right-of-way of the main canal of the Louisiana-Rio Grande Canal Company which is N 8 degrees 35 minutes E 186.3 feet

COUNTY COURT COUNTY OF HIDALGO TEXAS
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
Date: AUG 12 2026
By: Deputy Clerk
Pg. 13 of 46

DEED 120

Beginning at a point in the West line of Porcion 68, Hidalgo County, 533 feet North, 8 degrees 35 minutes East, from a post or corner of lots I and [illegible], Block 20 of the Santa Cruz Plantation subdivision, as made by Steele & Pershing; thence south 89 d[illegible] [illegible] 22 minutes [illegible] 1369 feet; thence North 8 degrees 35 minutes East 130.9 feet; thence North 89 [illegible] 22 minutes West 1449 feet; thence south 8 degrees 35 minutes West 130.9 feet, to the beginning containing 4.32 acres.

and S 89 degrees 22 minutes E 208.6 feet from a post in the middle of the west line of Block 20 of the Steele & Pershing Subdivision of Porcion sixty-six and sixty-seven thence S 89 degrees 22 minutes E 1195.5 feet to a point in the line between Lots 2 and 3 of Block 20 of said subdivision; thence with the line of said lots N 8 degrees 35 minutes E 131.4 feet; thence N 89 degrees 22 minutes W 1195.5 feet to said right of-way; thence S 8 degrees 35 minutes W 131.4 feet to the beginning, containing 3.57 acres, being a part of Porcion sixty-six (66)

2nd Tract; All that certain tract, piece or parcel of land containing Eight and eighty-two hundredths (.8.82) acres in, out of and forming part of said Porcion sixty-six (66), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Lots 2 and 3, Block 20 of Steele & Pershing's Subdivision of Porciones Sixty-six (66) and Sixty-seven (67), North 8 degrees 35 minutes East, 370.6 feet from the corner of Lots 2 and 3, 4 and 5; thence south 89 degrees 22 minutes East, 2955.2 feet to the line of Porciones 67 and 68 which is 797 feet North 8 degrees 35 minutes East from a post at the middle of the East line of Block Twenty of said subdivision; thence with said Porcion line North 8 degrees 35 minutes East, 131.4 feet; thence North 89 degrees 22 minutes West 2955.2 feet to the line of said Lots 2 and 3 ; thence with their line south 8 degrees 35 minutes West, 131.4 feet to the beginning containing 8.82 acres, being 8.79 acres in Porciones 67 and 0.03 acres in Porcion 66.

3rd Tract: All that certain tract, piece or parcel of land containing Four and thirty-two hundredths (.4.32) acres in, out of and forming part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows:

4th Tract; All that certain tract, piece or parcel of land containing four and Twenty-eight hundredths (.4.28) acres in, out of and forming part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows:

Beginning at a point south 8 degrees 35 minutes West 1.6 feet from a post, being the corner of Lots 280 and 281 of Pharr Brothers and associates subdivision of Porciones sixty-nine (69) and seventy (70); thence with a circular curve to the left tangent at its initial point to a line bearing North 87 degrees 17 minutes West and having a radius of 2930 feet through 2 degrees 5 minutes of arc; thence North 89 degrees 29 minutes West 1342.5 feet; thence south 8 degrees 35 minutes West 13 degrees 9 feet; thence south 89 degrees 22 minutes East 1360 feet; thence following a circular curve to the right, having a radius of 2800 feet, through 1 degree 48 minutes of arc to the West line of Porcion 69; thence with said Porcion line North 8 degrees 35 minutes East 130.8 feet, to the beginning, containing 4.28 acres.

5th Tract; All that certain tract, piece or parcel of land containing Seven and eighty-nine hundredths (7.89) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at a point in the lands of Porciones 68 and 69 S 8 degrees 25 min. W 1.7 feet from a post marked A-40 at the N.W. corner of Lot 281 of Pharr Bros & Associates subdivision of Porciones 69 and 70; thence following a curve to the right tangent at its initial point to a line bearing S 87 degrees 17 min. E having a radius of 2930 feet through 9 deg. 55 min of arc; thence a 77 deg. 22 min E 1839.9 feet thence with a curve to the right having a radius of 2930 feet through 5 degrees 49 min. of arc; thence S 8 deg. 25 min. W 131.8 feet, thence with a curve to the left, tangent at its initial point to a line bearing N 71 degrees 04 min. W having a radius [illegible] feet through 6 degrees 10 min. of arc; thence N 77 degrees 22 min. W 1839.9 [illegible]

AUG 12 2026
Date: ____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ____ Deputy Clerk
Pg. 14 of 46

COUNTY COURT ★ COUNTY OF HIDALGO ★ TEXAS

DEED 120



5-45

II min. of arc; to the line of Porciones 68 and 69; thence N 8 degrees 25 min. E 130.7 feet to the beginning containing 7.89 acres of land.

6th Tract: All that certain tract, piece or parcel of land containing Eleven and eighty-nine hundredths (II.99) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described asfollows:

Beginning at a point in the line of lots 282 and 283 of Pharr Brothers and Associates Subdivision of Porciones 69 and 70, S 8 degrees 25 minutes W 66.05 feet from the intersection of said line and the middle line of Lateral "C" now constructed, of the Louisiana-Rio Grande Canal Company's irrigation system; thence with a curve to the right and eastward, having a radius of 2800 feet and being tangent at its initial point to a line bearing S. 70 degrees 45 minutes E through 5 degrees 32 minutes of arc; thence S 65 degrees 22 minutes E 3738.8 feet to the line of 291 and 292 of said subdivision; thence with said line and the line of lots 285 and 286 135.4 feet; thence N 65 degrees 22 minutes W 3701.0 feet; thence with a curve to the left having a radius of 2930 feet through 6 degrees 12 minutes of arc; thence S 8 degrees 25 minutes W 132.1 feet to the beginning containing II.99 acres being in Porcion 69.

7th Tract; All that certain tract, piece or parcel of land containing Twelve and eighty-two hundredths (12.82) acres in, out of and forming part of said Porciones Sixty-nine (69) and seventy-(70), more particularly meted, bounded and described as follows:

Beginning at a point in the line between lots 291 and 292 of Pharr Bros. and Associates subdivision of Porciones sixty-nine and seventy S 8 degrees 25 min. W 67.7 feet from the intersection of said line and the middle line of Lateral "C", now constructed, of the Louisiana-Rio Grande Canal Company's irrigation system; thence S 65 degrees 22 min. E 26.I feet; thence with a curve to the left having a radius of 1975.I feet; through 23 degrees of arc; thence N 86 degrees 38 min. E 3305.7 feet to the line of Porciones 70 and 71 in the Middle of the Chapin and San Juan Road; thence with said line N 8 degrees 29 min. E 132.9 feet; thence with said line N, 8 degrees 29 min. E, 132.9 feet; thence S 86 degrees 38 min. E 3333.I feet; thence with a curve to the right having a radius of 1845.I feet through 28 degrees of arc; thence N 65 degrees 22 min. W 63.9 feet; thence with the line of lots 285 and 286 and lots 291 and 292, S 8 degrees 25 min. W 135.4 feet to the beginning, containing 12.82 acres.

NINTH- LATERAL "E".

Ist Tract. All that certain tract, piece or parcel of land containing Three and eighty-eight hundredths (3.88) acres in, out of and forming part of said Porcion sixty-six (66), more particularly meted, bounded and described as follows:

Beginning at a point in the East side of the right-of-way for the Main Canal of the Louisiana-Rio Grande Canal Company, which is south 8 degrees 35 minutes West 728 feet and south 81 degrees, 25 minutes East, 150 feet from the NW corner of Block 16 of Steele & Pershing's Subdivision of the East half of Porcion 66 and all of Porcion 67 of Hidalgo County, Texas; thence south 81 degrees 25 minutes East 1300 feet; to the line between lots 2 and 3, block 16; thence with line of said Lots North 8 degrees 35 minutes East 130 feet; thence North 81 degrees 25 minutes West 1300 feet to said right-of-way; thence with said right-of-way south 8 degrees 35 minutes West 130 feet to the beginning, containing 3.88 acres in Porcion 66.

2nd Tract; All that certain tract, piece or parcel of land containing Ten and Twelve hundredths (10.12) acres in, out of and forming part of said Porciones

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 15 of 46
COUNTY COURT * COUNTY OF HIDALGO TEXAS *

Sixty-six (66) and sixty-seven (67), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Lots 2 and 3, Block I6, Steele and Pershing's subdivision of Porcion 66 and 67, North 8 degrees 35 minutes East, 595 feet from the corner of lots 2 and 3,4 and 5, Block I6, thence south 8I degrees 25 minutes East, 550 feet, thence with a curve to the left; thence following a curve to the left having a radius of I020.37 feet through 36 degrees of arc; thence North 62 degrees 35 minutes East 2194.6 feet to the East line of Porcion 67; thence with said Porcion line North 8 degrees 35 minutes East, I60.7 feet to a point in said line south 8 degrees 35 minutes West, 399.7 feet from a post the East corner of Lots I and 6, Block I5 of said subdivision; thence south 62 degrees 35 minutes West, 2289 feet; thence following a circular curve to the right having a radius of 890.37 feet through 36 degrees of arc; thence North 8I degrees 25 minutes West 850 feet to the line of Lots 2 and 3, Block I6; thence south 8 degrees 35 minutes West, I30 feet to the beginning containing I0.I2 acres, 0.02, acres being in Porcion 66 and I0.I in Porcion 67.

3rd Tract; All that certain tract, piece or parcel of land containing Five and twenty-five hundredths (5.25) acres in, out of and forming part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Porciones 67 and 68, 0.842 feet North 8 degrees 35 minutes from a post, the corner of Blocks I5 and I6 of the Steele & Pershing Subdivision of the Santa Cruz Plantation; thence North 62 degrees 40 minutes East I758.7 feet; thence North 8 degrees 35 minutes East I60.8 feet; thence south 62 degrees 40 minutes West I758.7 feet; thence south 8 degrees 35 minutes I60.8 feet, to the beginning, containing 5.25 acres.

4th Tract; All that certain tract, piece or parcel of land containing Five and nineteen hundredths (5.I9) acres in, out and forming part of said Porcion Sixty eight (68), more particularly meted, bounded and described as follows:

Beginning at a point 275.6 feet north 8 degrees 38 minutes East from a post the corner of lots 200 and 20I of the Pharr Brothers and Associates subdivision of Porciones sixty-nine (69) and seventy (70), and being in the line of Porciones 68 and 69; thence with a circular curve to the left tangent to a line bearing south 7I degrees 47 minutes West with a radius of 2930 feet through 9 degrees 45 minutes of arc; thence south 62 degrees 40 minutes West I229 feet; thence south 8 degrees 35 minutes West I60.8 feet; thence North 62 degrees 40 minutes East I323.6 feet; thence following a circular curve to the right, having a radius of 2800 feet through 8 degrees 29 minutes of arc; thence North 8 degrees 35 minutes East I45.6 feet to the beginning, containing 5.I9 acres.

5th Tract; All that certain tract, piece or parcel of land containing Eight and twenty eight hundredths (8.28) acres in, out of and forming part of said Porcion sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Porciones 68 and 69 and in the West line of Lot 200 of Pharr Bros. and Associates subdivision of Porciones 69 and 70, being N 8 degrees 25 min. E 73 feet from the intersection of the middle line of Lateral "E" and said Porcion line; thence following a curve to the right and eastward a tangent at its initial point to a line bearing N 7I degrees 59 min. E having a radius of 2930 feet through 9 degrees 03 minutes of arc; thence N 8I degrees 02 minutes E 2322.4 feet to the east line of Lot I99 of said subdivision; thence with said line S 8 degrees 25 minutes W I37.3 feet; thence S 8I degrees 02 minutes W 2281.8 feet; thence

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS ★
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ________ Deputy Clerk
Pg. 16 of 46

DEED 120



following a curve to left having a radius of 2800 feet through 9 degrees 53 minutes of arc to the line of Porciones 68 and 69; thence N 8 degrees 25 minutes E 145.9 feet to the beginning, containing 8.28 acres.

6th Tract; All that certain tract, piece or parcel of land containing eight and thirteen hundredths (8.13) acres in, out of and forming part of said Porcion sixty nine (69), more particularly meted, bounded and described as follows:

Beginning at a point in the line of lots 198 and 199 of Pharr Brothers and Associates subdivision of Porciones 69 and 70, which is S 8 degrees 25 minutes W 68.1 feet from the intersection of said line with the middle line of Lateral "E" now constructed, and of the Louisiana-Rio Grande Canal Company's irrigation system. thence N 81 degrees 02 minutes E 1479.4 feet; thence with a circular curve to the right having a radius of 1845.1 feet through 38 degrees 50 minutes of arc to middle of middle road; thence with said road N 8 degrees 25 minutes E 139.0 feet; thence with a curve to the left and westward tangent to a line bearing N 61 degrees 36 minutes W. having a radius of 1975.1 feet through 37 degrees 22 minutes of arc; thence S 81 degrees 02 minutes W. 1445.0 feet to line of George E. Thomas, thence with said Thomas line S 8 degrees 25 minutes W 136.2 feet to the beginning containing 8.13 acres out of Porcion 69.

7th Tract; All that certain tract, piece or parcel of land containing Nine and sixty-six hundredths (9.66) acres, in, out of and forming part of said Porciones sixty-nine (69) and Seventy (70), more particularly meted, bounded and described as follows:

Beginning at a post in the middle of the "Middle Road" S 8 degrees 25 min. W 69.5 feet from where it intersects the middle of lateral "E", now constructed, of Louisiana-Rio Grande Canal Company's irrigation system; thence with a curve to the right and eastward tangent at its initial point to a line bearing S 60 degrees 8 min. E having a radius of 1845.1 feet through 15 degrees 03 min. of arc; thence S 45 degrees 05 min. E 2758.4 feet to line of lots 206 and 207 with said line N 8 degrees 25 min. E 161.7; thence N 45 degrees 05 min. W 2662.2 feet; thence with a curve to the left having a radius of 1975.1 feet through 16 degrees 31 min. of arc; to the middle of said "Middle" Road" thence S 8 degrees 25 min. W 139.0 feet to the beginning containing 9.66 acres.

8th Tract; All that certain tract, piece or parcel of land containing Nine and seventy-nine hundredths (9.79) acres in, out of and forming part of said Porcion Seventy (70), more particularly meted, bounded and described as follows:

Beginning at a point in the line of lots 206 and 207 of Pharr Brothers and Associates subdivision of Porciones 69 and 70, S 8 degrees 25 minutes W 80.85 feet from the intersection of said line with the middle of Lateral "E" now constructed; thence S 45 degrees 05 minutes E. 838.5 feet; thence with a curve to the left having a radius of 2930. feet through 8 degrees 50 minutes of arc; thence S 53 degrees 55 minutes E 1986.7 feet to the middle of the San Juan and Chapin Road, being the E line of Porcion 70; thence with said line N 8 degrees 29 minutes E 146.6 feet; thence N 53 degrees 55 minutes W 1918.7 feet; thence with a curve to the right having a radius of 2800 feet through 8 degrees 50 minutes of arc; thence N. 45 degrees 05 minutes W 934.7 feet to the line of J.C.Kelly; thence with his line S 8 degrees 25 minutes W 161.7 feet to the beginning containing 9.79 acres, being a part of Porcion 70.

COUNTY COURT COUNTY OF HIDALGO TEXAS
AUG 12 2026
Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 17 of 46

DEED 120

518 548

9th Tract; All that certain tract, piece or parcel of land containing one and sixty-two hundredths (1.62) acres in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the West line of Lot 7 Block 10 of the San Juan Plantation lands as subdivided by Parks and Card, 574.8 feet; North 8 degrees 29 minutes E. from the S.W. corner of said lot and block; thence S. 8 degrees 29 minutes W. 146.7 feet; thence S 53 degrees 55 minutes E. 542.8 feet; thence with the line of lot 8 block 9 of said subdivision N 8 degrees 29' E 146.7 feet; thence N 53 degrees 55 minutes W. 542.8 feet to the beginning containing 1.62 acres of land in Porcion 71.

10th Tract: All that certain tract, piece or parcel of land containing Forty one hundredths (0.40) acres in, out of and forming part of said Porcion Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point S. 8 degrees 29 minutes E 459 feet from the N.E. corner of said lot; thence S 8 degrees 29 minutes W 134.6 feet; thence N 53 degrees 55 minutes W 290.5 feet; thence S 81 degrees 31 minutes E 258.4 feet to the beginning containing .40 acres in Porcion 72,. Said lot being, Lot 14 Block 13 of San Juan Subdivision,

11th Tract; All that certain tract, piece or parcel of land containing Three and twenty-three hundredths acres (3.23) in, out of and forming part of said Porciones Seventy-one and seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point in the west line of Lot 8 block 9 of San Juan Plantation lands as subdivided by Parks and Card 410.8 degrees 29 minutes E. from the S.W. corner of said Lot and Block; thence S 53 degrees 55 minutes E 924.2 feet to the south line of said Lot 8 block 9; thence with said S. 81 degrees 31 minutes E. 280.6 feet; thence N 53 degrees 55 minutes West 1240.8 feet to the west line of said Lot 8 Block 9, thence with said line S. 8 degrees 29 minutes W. 156.7 feet to the beginning containing 3.23 acres, 3.11 acres being in Porcion 71 and 0.12 acres in Porcion 72.

12th Tract; All that certain tract, piece or parcel of land containing Three and eighty-nine hundredths (3.89) acres in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows.

Beginning at a point in the line of Porciones 70 and 71, N 8 degrees 29 minutes E 534.7 feet from the east corner of Lots 209 and 224 of Pharr Bros. And Associates subdivision of Porciones 69 and 70,; thence S 53 degrees 55 minutes E 1154 feet to the North line of Lot 7, Block 12, San Juan Plantation lands, as subdivided by Parks and Card; thence with said line S 81 degrees 31 minutes E 209.5 feet to corner of lots five (5) and six (6), Block Twelve (12) of said San Juan Plantation subdivision; thence with the line between Blocks eleven (11) and Twelve (12) of said subdivision N 8 degrees 29 minutes E 37.2 feet; thence N. 53 degrees 55 minutes W 1390.4 feet to the middle of said Chapin and San Juan Road and the line of Porciones Seventy (70) and seventy-one (71);. thence with said line S 8 degrees 29 minutes W 146.7 feet to the beginning, containing 3.89 acres in Porcion Seventy-one (71).

13th Tract; All that certain tract, piece or parcel of land containing Two and Seventy-six one-hundredths (2.76) acres, in, out of and forming part of Porcion.

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 18 of 46

DEED 120



Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the West line of Lot six (6); Block Eleven (11), 37.2 feet North 8 degrees 29 minutes East from the southwest corner of said lot; thence south 8 degrees 29 minutes West, 146.7 feet, thence south 53 degrees 55 minutes East 924.66 feet to line of Lot Seven (7), Block Ten (10); thence with said line North 8 degrees 29 minutes East, 146.7 feet; thence North 53 degrees 55 minutes West, 924.66 feet to the beginning, containing 2.76 acres, in Porcion 71.

14th Tract; All that certain tract, piece or parcel of land containing Fifty-two one hundredths (.52) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at the N.E corner of Lot Seven (7), Block Twelve (12) of San Juan Plantation Company's lands, as subdivided by Parks and Card; thence with the north line of said lot, North 81 degrees 31 minutes West, 209.5 feet; thence south 53 degrees 55 minutes East, 232.5 feet to the East line of said Lot; thence with said East line North 8 degrees 29 minutes East, 107.7 feet to the beginning, containing 0.52 acres of land in Porcion Seventy-one (71)

15th Tract; All that certain tract, piece or parcel of land containing Three and three one-hundredths (3.03) acres in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point in the East line of Lot Four (4), Block Thirteen (13), of said Parks Card subdivision, 459 feet south 8 degrees 29 minutes West from the Northeast corner of said lot; thence North 8 degrees 29 minutes East, 12 feet; thence North 53 degrees 55 minutes West, 990.7 feet to the North line of said lot; thence north 81 degrees 31 minutes West, 280.6 feet; thence south 53 degrees 55 minutes East, 1,016.6 feet; thence south 81 degrees 31 minutes East, 257.4 feet to the place of beginning, containing 3.03 acres, 0.09 acres being in Porcion Seventy-one (71) and 2.94 acres in Porcion Seventy-two (72)

16th Tract; All that certain tract, piece or parcel of land containing Three and eighty-nine one-hundredths (3.89) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Porciones Seventy and Seventy-one, N 8 degrees 29 minutes E. 534.7 feet from the East corner of Lots Two Hundred Nine (209) and Two Hundred Twenty-four (224) of Sharr Bros. and Associates' subdivision of Porciones sixty Nine and Seventy; thence S 53 degrees 55 minutes E 1154 feet to the North line of Lot Seven, Block Twelve of San Juan Plantation lands, as subdivided by Parks and Card; thence with said line S 81 degrees 31 minutes E. 209.5 feet to corner of Lots five and six Block Twelve (12) of said San Juan Plantation subdivision; thence with the line between blocks Eleven (11) and Twelve (12) of said subdivision N. 8 degrees 29 minutes E 37.2 feet thence N 53 degrees 55 minutes W. 1390.4 feet to the middle of said Chapin and San Juan Road and the line of Porcion Seventy (70) and Seventy-one (71); thence with said line S. 8 degrees 29 minutes W. 146.7 feet to the beginning, containing 3.89 acres in Porcion Seventy-one (71).

17th Tract; All that certain tract, piece or parcel of land containing Three and Twenty-three one-hundredths (3.23) acres, in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72), more particularly meted, bounded and described as follows;

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: Deputy Clerk
Pg. 19 of 46

DEED 120



550

Beginning at a point in the west line of Lot Eight (8) Block Nine (9) of San Juan Plantation Lands as subdivided by Parks and Card 410.8 feet N. 8 degrees 29 minutes E from the S.W. corner of said Lot and Block; thence S 53 degrees 55 minutes E. 924.2 feet to the south line of said Lot eight (8) Block Nine (9); thence with said line S. 81 degrees 31 minutes E. 280.6 feet; thence N. 53 degrees 55 minutes West. 1240.80 feet to the West line of said Lot Eight (8), Block Nine (9); thence with said line S. eight (8) degrees 29 minutes W. 146.7 feet to the beginning, containing 3.23 acres, 3.11 acres being in Porcion seventy-one (71) and 0.12 acres in Porcion Seventy-two (72).

18th Tract; All that certain tract, piece or parcel of land containing One and fifty-one one-hundredths (1.51) acres, in, out of and forming part of said Porciones sixty-six (66) and sixty-seven (67), more particularly meted, bounded and described as follows;

Beginning at a point in the West line of said Lot No. 2, Block No. 16, North 8 degrees 35 minutes East 545 feet from the Southwest corner of said Lot; thence South 81 degrees 25 minutes east 858.3 feet; thence North 71 degrees 07 minutes 576.9 feet to the East line of said Lot; thence North 8 degrees 35 East 37 feet to the present south right-of-way line of Lateral "E" of said Louisiana-Rio Grande Canal Company's System; thence with said right-of-way line in a westerly direction 1430 feet to the West line of said Lot 2 Block 16; thence south 9 deg. 35 minnutes West 50 feet to the place of beginning, containing 1.51 acres more or less.

19th Tract; All that certain tract, piece or parcel of land containing One and Seven hundredths-(1.07) acres, in, out of and forming part of said Porciones Sixty-six (66) and sixty-seven (67), more particularly meted, bounded and described as follows:

Beginning at a stake in the South line of Lot 6, Block 15, Steele & Pershing Subdivision of Porciones 66 and 67 south 81 degrees, 25 minutes East 553.9 feet from the southwest corner of said Lot; thence North 62 degrees, twenty-three minutes East 121 degrees, five feet to stake in the east line of said lot; thence south 8 degrees, twenty-five minutes West 61.8 feet; thence south 62 degrees, twenty-three minutes West 1126.8 feet to a stake in the south line of said lot; thence North 81 degrees, twenty-five minutes West 67.7 feet to the place of beginning, containing 1.07, acres.

20th Tract; All that certain tract, piece or parcel of land containing Two and Four-hundred (2.04) acres, in, out of and forming part of said porciones seventy-one (71) and seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point 235.2 feet south from the Northwest corner of said Lot Seven (7), Block Ten (10); thence south 52 degrees, 46 minutes East along the present third levee of Louisiana Rio Grande Canal Company's Lateral "E", 542.3 feet; thence south 8 degrees, 45 minutes East, 183.7 feet; thence North 52 degrees, 46 minutes West, 542.3 feet along south line of said Lateral "E", thence North 8 degrees 45 minutes W. 183.7 feet to the place of beginning, containing 2.04 acres, more or less.

21st Tract; All that certain tract, piece or parcel of land containing Two Hundred Eighty-seven Thousands (287/1000) of an acre, in, out of and forming part of said Porcion Sixty-nine (69), more particularly meted bounded and described as follows:

287/1000 of an acre off the North side of said lot above described as Lot 196

COUNTY COURT OF HIDALGO COUNTY TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ____ Deputy Clerk
Pg. 20 of 46

DEED 120



of Porcion 69 and 70, subdivision, and being a strip of land ten feet wide adjacent and contiguous to the south right of way line of a certain parcel of land purchased by the grantor herein for the righty of way of its lateral across said land, the South boundary line of said 287/1000 of an acre being parallel to and one hundred feet (100) distant from the North right of way line of Grantor's Lateral "E" throughout said lateral's course across said Lot No. 196 as the same now lies thereupon.

22nd Tract; All that certain tract, piece or parcel of land containing Two and four one-hundredths (2.04) acres, in, out of and forming part of said Porcion Sixty-eight (68), more particularly meted, bounded and described as follows: out of Lot 2, Block 8.

Beginning at the point of intersection in the south right-of-way line of Lateral "E" and East line of said lot; thence with said line south 8 degrees 35 minutes West 62 feet; thence South 62 degrees 25 minutes West 1798.7 feet to a stake in the West line of said lot; thence North 8 degrees 25 minutes East 62 feet to the south right-of-way line of Lateral "E", thence with said right-of-way, line North 62 degrees 25 ~~minutes~~ East 1798.7 feet to the place of beginning, containing 2.04 acres of land.

23rd Tract; All that certain tract, piece or parcel of land containing six and Seventy-seven hundredths (6.77) acres, out of Lot six (6) Block Nine (9) in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72) more particularly meted, bounded and described as follows:

Beginning at a point 35 feet East of the Northwest corner of Lot No. six (6) in Block No. Nine (9); thence south 8 degrees forty-five minutes West 430 feet; thence south 81 degrees ~~forty-five minutes West 430 feet; thence south 81 degrees~~ fifteen minutes East along the third levy of Lateral "E" of the grantor herein 1511.2 feet; thence south eight degrees forty-five minutes East 165 feet; thence North eighty-one degrees fifteen minutes West along the south line of Lateral "E" of the grantor herein 1511.2 feet; thence south eight degrees forty-five minutes East 705 feet; thence North eighty-one degrees fifteen minutes West 35 feet; being the southwest corner on North side of Road; thence North eight degrees forty-five minutes West 1300 feet to the point of beginning and containing 6.77 acres.

24th Tract; All that certain tract, piece or parcel of land containing sixty-four Hundredths (.64) acres out of Lot Eight (8), Block Eight (8), in, out of and forming part of said Porcion Sixty-eight (68), more particularly meted, bounded and described as follows:

Starting at the southeast corner of said Lot; thence North 8 deg. 29 min East 660 feet to a point on the East line of said lot; thence North 81 deg. 45 min. West 1080.3 feet to a point for the place of beginning; thence North 62 deg. 35 min. East 1127 feet around a 2 deg. 18 min. curve to a point on the East line of said Lot; thence North 8 deg. 29 min. East 27 feet to the south boundary line of the present lateral canal of the Grantee, as the same is physically situated and known as and being Lateral "E" Thence with said Lat. as follows Around a 2 deg. 18 min curve to the P.C. of the curve; thence south 62 deg. 35 min. West 1127 feet; south 81 deg. 45 min. East 34.1 feet to the point of beginning and containing .64 acres, more or less.

25th Tract; All that certain tract, piece or parcel of land containing Thirty four Hundredths (.34) acres out of Lot Eight, Block Eight, in, out of and forming

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: Deputy Clerk
Pg. 21 of 46

DEED 120



-20 552

a part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows;

Beginning at a point 1443 feet North 8 deg. 49 min. West from the Southeast corner of said Lot; thence South 8 deg. 49 min. East 143 feet; thence North 81 deg. 45 min west 198 feet; thence Northeasterly around a 2 deg 18 min. Curve to the point of beginning and containing .34 acres, more or less.

26th Tract; All that certain tract, piece or parcel of land containing Nineteen Hundredths (.19) acres out of Lot Eight (8), Block Eight (8) in, out of and forming part of said Porcion Sixty-eight (68), more particularly meted bounded and described as follows:

Beginning at a point on the West line of said Lot No. eight (8), Block No. eight (8), 442 feet north from the southwest corner thereof; thence North 62 deg. 35 min. East along the south right-of-way line of the present lateral canal of the Grantor known as and being Lateral "E", as the same is now physically situated 386.4 feet to the North line of the south One-half of said Lot; thence south 81 deg. 25 min. East 34.1 feet; thence south 62 deg. 35 min. West 414.4 feet to the West line of said Lot No. eight (8) Block No. eight (8); thence North 8 deg. 25 min. East to the place of beginning, containing .19 acres, more or less.

27th Tract; All that certain tract, piece or parcel of land containing Twenty-three hundredths (.23) acres out of Lot 210, in, out of and forming part of said Porciones Sixty-nine (69) and Seventy (70), more particularly meted, bounded and described as follows:

Beginning at a stake in the Northeast corner of said Lot 210; thence South 8 deg. 29 min. West, 120 feet to a stake; thence North 53 deg. 51 min. 258.4 feet to a stake in the North line of said lot; thence with said North line South 81 deg. 31 min. East, 228.8 feet to the place of beginning; save and except that part of said Lot already owned by the Louisiana Rio Grande Canal Company, and occupied by Lateral "E" of said Canal Company's system, the land hereby conveyed containing .23 acres of land, more or less.

1/5 357 28th Tract: All that certain tract, piece or parcel of land containing Seventy-one Hundredths (.71) acres out of Lot 206, in, out of and forming part of said Porciones Sixty-nine (69) and Seventy (70), more particularly meted, bounded and described as follows:

Beginning at a point of intersection of said right-of-way line of Lateral "E" and east line of Lot 206; thence south 8 deg. 25 min. West 49.7 feet at a stake thence north 45 deg. 40 min. West, 813.6 feet to a stake in the North line of said lot; thence with said North line south 81 deg. 35 min. East, 176.5 feet to the said South right-of-way line of Lateral "E"; ~~thence with said right-of-way line of lateral "E";~~ thence with said right-of-way line south 45 deg. 45 min. East 730 feet to place of beginning; containing .71 acres of land.

29th Tract: All that certain tract, piece or parcel of land containing Seventy-four Hundredths (.74) acres out of Lot 195; in, out of and forming part of said Porciones Sixty-nine (69) and Seventy (70), more particularly meted, bounded and described as follows:

Beginning at the intersection of said South right-of-way line of Lateral "E" and South line of said lot; thence with said south line North 81 deg. 35 min. West, 176.5 feet; thence North 45 deg. 5 min. West 760.8 feet to a stake in the west line of said lot; thence with said West line North 8 deg. 25 min. East, 49.7 feet to the right-of-way line of Lateral "E" thence with said right-of-way line south 45 deg. 5

COUNTY COURT * COUNTY OF HIDALGO TEXAS *
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: [signature] Deputy Clerk
Pg. 22 of 46

DEED 120

553

min. West 840.4 feet to the beginning; containing .74 acres of land.

30th Tract; All that certain tract, piece or parcel of land containing One and Seventy-two Hundredths (1.72) acres out of Lot No. 207, in, out of and forming part of said Porcion Seventy-(70), more particularly meted, bounded and described as follows:

Beginning at a point 162 feet North 81 degrees 35 minutes West from the Southeast corner of said Lot No. 207; thence North 53 degrees 59 minutes West, 418 feet; thence North 45 degrees 05 minutes West 1042 feet ith West line of said lot; thence North 8 degrees 25 min. East 67.6 feet, the S levee of Grantee's Lateral "E"; thence south 45 degrees, 05 minutes East 1075 feet; thence south 53 degrees 59 minutes west 505 feet; thence north 81 degrees 35 minutes West 118 feet, the place of beginning, the land embraced within said lines containing 1.72 acres, more or less.

31st Tract: All that certain tract, piece or parcel of land containing One and Forty-three one-hundredths (1.43) acres out of Lot No. One Hundred and Ninety-nine (199) in, out of and, forming part of said Porcion sixty-nine (69), more or particularly meted, bounded and described as follows.

Beginning at a point and stake on the Western boundary line of Lot One Hundred Ninety-nine (199), of the Kelly & Pharr Subdivision, of Porciones 69 and 7 0, as shown by the map and plat, and the record thereof, in Volume 3, on pages 133-134 of the the Deed Records of Hidalgo County, Texas, and at the point of intersection therewith, of the Southern boundary line of the present right of way of Lateral "E" of the Louisiana Rio Grande Canal Company's Irrigation System, as at present located and constructed, which said point of intersection is South Eight (8) degrees Twenty-five (25) minutes West one hundred Thirty-six and three thenths (136.3) feet, from the intersection of the North right of way line of said Lateral "E", with said west line of said Lot One Hundred Ninety-nine (199), thence with the said West line of said Lot One Hundred Ninety-nine (199), south eight (8) degrees twenty-five (25) minutes, West forty seven and ten hundredths (47.10) feet; thence North Eighty-one (81) degrees Two (2) minutes East, Thirteen Hundred eighty three and ten hundredths (1383.10) feet to the East line of said Lot One Hundred Ninety-nine (199); thence North eight (8) degrees, twenty-five (25) minutes East Forty seven and ten hundredths (47.10) feet to the right of way line of said Lateral "E", as at present located and contructed; thence with the South line of said right of way of said Lateral "E", south eighty-one (81) degrees, Two (2) minutes, West, Thirteen Hundred eighty-three and ten hundredths (1383.10) feet to the place of beginning, containing by these metes and bounds, one and forty-three hundredths (1.43) acres of land, out of, and forming part of said Lot One Hundred ninety-nine (199).

32nd Tract; All that certain tract, piece or parcel of land containing six and forty-one Hundredths (6.41) acres out of Lot Eight (8), Block No. Nine (9), in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72), more particularly meted, bounded and described as follows:

Three and 6/100 (3.06) acres of land out of North one-half of Lot Number Eight (8), in Block Number Nine (9), according to the recorded plat thereof, said lad now being occupied and used by the said Louisiana Rio Grande Canal Company, and known as the north branch of Lateral "E",. Also three and 35/100 (3.35) acres of land taken out of the south half of Lot Number Eight (8), in Block Number Nine (9), according to the recorded plat thereof, which said land is now being used and occupied by the

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 23 of 46

DEED 120

554 -20 5-34,

Louisiana Rio Grande Canal Company, as a part of Main Lateral "E", both parts or parcels of land containing in the aggregate six and forty-one one-hundredths (6.4I) acres.

33rd.Tract. All that certain tract, piece or parcel of land containing One and thirteen one-hundredths (I.13) acres, out of Lot No. Fifteen (I5), Stewart's Addition, in, out of and forming part of said Porcion Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point on the East line of said Lot No.Fifteen (I5) 86 feet North from the Southeast corner thereof; thence south 8I degrees 15 minutes 30 seconds East I2 feet; thence south 3I degrees 2I minutes 30 seconds East 345 feet; thence south 6I degrees 39 minutes 30 seconds East 325 feet; thence North 62 degrees 46 minutes 30 seconds East 70.5 feet; thence North Degrees 52 minutes 30 seconds West 279.5 feet; thence North 3I Degrees 55 minutes 30 seconds West 392 feet; thence North 8I Degrees I5 minutes 30 seconds West 43 feet; thence south 8 deg. 44 minutes 30 seconds West 80 feet; to the place of beginning.

34th Tract; All that certain tract, piece or parcel of land containing one and Twenty-eight one-hundredths (I.28) acres out of Lot 200, in, out of and forming part of said Porcion Sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at the intersection of the south right-of-way line of Lateral "E" of the Louisiana Rio Grande Canal Company's Canal system and the east line of said Lot No. 200. Said intersection being North 8 degrees, 25 minutes East 675.2 feet from the Southeast corner of said Lot No. 200; thence South 8I degrees 2 minutes West I383.I feet to the West line of said Lot No. 200; thence south 8 degrees 25 minutes West 4I.8 feet; to a stake; thence North 8I degrees 2 minutes East I383.I feet; thence North 8 degrees 25 minutes East 4I.8 feet to the place of beginning, containing I.28 acres of land. Said prcel of land being adjacent to and parallel with the south Right-of-way oline of said Lateral "E" throughout its course across said Lot No. 200/

35th Tract; All that certain tract, piece or parcel of land containing Eighty-seven one-hundredths (.87) acres out of Lot No. One Hundred ninety-eight (I98) in, out of and forming part of said Porcion Sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at a point on the West line of Lot No. One Hundred Ninety-eight (I98), K.P. 408 feet S. 8 deg. 25 min. West from the Northwest corner of Lot No. I98, thence in a northeasterly direction along the South boundary line of Lateral "E", 899.6 feet to a point on the North line of Lot I98, thence S 8I deg. 35 min. E 90 feet to a point; thence in a southwesterly direction along the south boundary line of the Third Levee, I00.2 feet to a point on the west line of Lot I98, thence N. 8 deg. 25 minutes 47.4 feet to the point of beginning.

36th Tract; All that certain tract, piece or parcel of land containing One Hundred and four one-hundredths (I04/I000) acres out of Lot I89, in, out of and forming part of said Porciones sixty-nine (69) and seventy(70), more particularly meted, bounded and described as follows:

Being a strip of land out of Lot I89, Kelly & Pharr subdivision of Porciones 69 and 70, said strip of land being 20 feet in width and lying adjacent to the south right-of-way line of Lateral "E" of the Louisiana Rio Grande Canal Company's

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 24 of 46

DEED 120

555

Laterals; containing I04/I000)acres.

37th Tract; All that certain tract, piece or parcel of land containing ninety-two one-hundredths (.92) acres out of Lot I96, in, out of and forming part of Porciones sixty-nine (69) and Seventy(70), more particularly meted, bounded and described as follows:

Beginning at a point in the east line of said Lot I96, south 8 deg 35 minutes West, 80-80/I00 feet from the intersection of the center line of Lateral "E" and said East line; thence in a northwesterly direction parallel to and 80 feet distant from the center line of Lateral "E", I340-69/I00 feet to a point in the north line of said lot, containing 92/I00 acres.

TENTH LATERAL "G".

Ist, Tract All that certain tract, piece or parcel of land containing Three and eighty-eight one-hundredths (3.88) acres, in out of and forming part of said Porcion sixty-six (66), more particularly meted, bounded and described as follows;

Beginning at a point 20 ft. N. 8 degrees 35' E from the line between Blocks II and I2 of Steele & Pershinging's subdivision of Porciones 66 and 67 and I50 feet south 8 degrees 25 minutes E from the W line of Steele & Pershing's tract of land; thence south 8I degrees 25' E I300 feet to the line of Lots 4 and 5, Block II; thence with the line of said Lots N 8 degrees 35 minutes E I30 feet; thence North 8I degrees 25 minutes W I300 feet to the said right-of-way, thence south 8 degrees 35' W I30 feet to the beginning, containing 3.88 acres in Porcion 66.

2nd Tract: All that certain tract, piece or parcel of land containing eight and Seventy-three one hundredths (8.73) acres, in, out of and forming part of said Porcion sixty-seven (67), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Lots four (4) and five (5), block Eleven (II), North 8 degrees 35 minutes East, 20 feet from the corner of said lots with lots Two (2) and three (3), Block Twelve (I2); thence south 8I degrees Twenty-five (25) minutes East 2025 feet to the line of Porciones Sixty-seven (67) and sixty-eight (68); thence with said line North 8 degrees 35 minutes East, I30 feet; thence North 8I degrees 25 minutes West, 2025 feet to line of Lots four (4) and five (5) Block Eleven (II); thence south 8 degrees 35 minutes West, I30 feet to the beginning, containing 8.73 acres, 0.02 acres being in Porcion Sixty-six (66); 8.7I acres being in Porcion sixty-seven (67).

3rd Tract; all that certain tract, piece or parcel of land containing Four and two tenths (4.2) acres, in, out of and forming part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows:

Beginning at a point in the line between Porciones 67 and 68, 20 feet North, 8 degrees 35 minutes East from a post, the Northeast corner of Lot 1, Block I2 Steele & Pershing subdivision of the Santa Crus Plantation; thence south 8I degrees 25 minutes East I408.8 feet; thence North 8 degrees 35 minutes East I30 feet; thence North 8I degrees 25 minutes West I408.8 feet; thence south 8 degrees 35 minutes West I30 feet, to the beginning, containing 4.2 acres.

4th Tract. All that certain tract, piece or parcel of land containing Four and two tenths (4.2) acres, in, out of and forming part of said Porcion Sixty- eight (68), more particularly meted, bounded and described as follows:

Beginning at a point on the West line of Porcion sixty-nine (69) 20 feet North of post, the corner of Lots I68 and I69, of the Pharr Brothers and

555
120

COUNTY COURT COUNTY OF HIDALGO TEXAS
AUG 12 2026
Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 25 of 46

DEED 120



120 556

Associates subdivision of Porciones sixty-nine (69) and Seventy (70); thence North 8 degrees 35 minutes East 130 feet, thence north 81 degrees 25 minutes West 1408.8 feet; thence south 8 degrees 35 minutes West 130 feet; thence south 81 degrees 25 minutes East 1408.8 feet to the beginning, containing 4.2 acres.

5th Tract; All that certain tract, piece or parcel of land containing Seventeen and four one-hundredths (17.04) acres, in, out of and forming part of said Porcion Sixty-nine (69), more particularly meted, bounded and described as follows;

Beginning at a point in the West line of Porcion 69, 20 feet N. 8 degrees 25 minutes E. from a post, the West end of the line between Lots 168 and 169 of Pharr Brothers and Associates subdivision of Porciones 69 and 70; thence S 81 degrees 35 minutes E. 1708.8 feet; thence with a curve to the right having a radius of 1081.3 through 39 degrees 30 minutes of arc; thence S. 42 degrees 05 minutes E 1377.9 feet; thence with a circular curve to the left having a radius of 1211.3 feet through 39 degrees 30 minutes of arc; thence S 81 degrees 35 minutes E 1048.6 feet to the Pharr and Chapin road; thence with said road N 8 degrees 25' east 130 feet; thence N 81 degrees 35 minutes W 1048.6 feet ; thence with a circular curve to the right having a radius of 1081.3 feet through 39 degrees 30 minutes of arc; thence N 42 degrees 05 minutes W. 1377.9 feet; thence with a circular curve to the left having a radius of 1211.3 feet through 39 degrees 30 minutes of arc; thence N. 81 degrees 35 minutes W 1704.8 feet to the west line of Porcion 69; thence with said line S 8 degrees 25 minutes W 130 feet to the beginning, containing 17.04 acres out of Porcion 69.

6th Tract; All that certain tract, piece or parcel of land containing Eighteen and eighty-five one hundredths (18.85) acres, in, out of and forming part of said Porciones sixty-nine (69) and Seventy(70), more particularly meted, bounded and described as follows:

Beginning at a point 65 feet s 8 degrees 25 min. W from a post the corner of Lot 3, Block B, and lot 4 Block C, at the North side of the Pharr Townsite thence S 81 degrees 35 minutes E. 1357.9 feet; thence with a circular curve to the right having a radius of 1081.3 feet through 50 degrees 30 minutes of arc; thence S 31 degrees 05 minutes E, 1815.9 feet; thence with a circular curve to the left having a radius of 1211.3) feet through 47 degrees 35 minutes of arc; to the Rail Road right of way thence with railroad right of way S 78 degrees 40 min. E. 1212.9 feet to the line of Porciones 70 and 71 in the middle of the Chapin Road; thence with said line N 8 degrees 20 minutes E 130.2 feet; thence N 78 degrees 40 min. W 1212.9 feet; thence with a circular curve to the right having a radius of 1081.3 feet through 47 degrees 35 min. of arc; thence N 31 degrees 05 min. W 1815.9 feet; thence with a circular curve to the left having a radius of 1211.3 feet through 50 degrees 30 min. of arc; thence N 81 degrees 35 min. W 1357.9 feet to Pharr-Chapin road; thence with said road S 8 degrees 25 min. W. 130 feet to the beginning containing 18.85 acres.

7th Tract; All that certain tract, piece or parcel of land containing Four and Thirty-two one-hundredths (4.32) acres, in, out of and forming part of said Porcion Seventy one, more particularly meted, bounded and described as follows:

Beginning at the intersection of the line between Porciones 70 and 71 and the N line of the right-of-way of the St. L B.& M.R.R.; thence S 78 degrees 40 minutes E 29.5 feet; thence with a curve to the left having a radius of 638.1 feet through 38 degrees 30 minutes of arc; thence N 62 degrees 50 minutes E 987 feet to the W line of Lot 15 of Block 6 of San Juan Plantation lands as subdivided by Parks

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 26 of 46

and Card; thence N 8 degrees 29 minutes East 160 feet thence S 62 degrees 50 minutes W 1080.2 feet; thence with a curve to the right having a radius of 508.1 feet, through 38 degrees 30 minutes of arc; thence N 78 degrees 40 minutes W 29.5 feet to the line of Porciones 70 and 71; thence with said line S. 8 degrees 29 minutes W. 130 feet to the beginning containing 4.32 acres being a part of Porcion 71.

8th Tract; All that certain tract, piece or parcel of land containing One and eighteen one-hundredths (1.18) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning in the west line of the right-of-way of the S.A. & R.G.R.R., S 8 degrees 28 minutes W, 1059.2 feet from the No. E corner of Lot fifteen (15), Block Seven (7) of the San Juan Plantation Land, as subdivided by Parks and Card; thence N 81 degrees 24 minutes W 16.7 feet; thence with a curve to the left having a radius of 1020.4 feet through 21 degrees 02 minutes of arc to the west line of said lot; thence with said line S 8 degrees 29 minutes W 140.6 feet; thence with a curve to the right and northeastward tangent at its initial point to a line bearing N 74 degrees 19 min. E Having a radius of 890.4 feet through 24 degrees 17 minutes of arc; thence S 81 degrees 24 minutes E 16.7 feet to said railroad right of-way; thence with said right-of-way N 8 degrees E 28 minutes E 130 feet to the beginning, containing 1.18 acres, being in Porcion 71.

9th Tract: All that certain tract, piece or parcel of land containing Two and ninety-five one-hundredths (2.95) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning in the west line of Lot Fifteen (15), Block six (6), of the San Juan Plantation Company's lands, as subdivided by Parks and Card, south 8 degrees 29 minutes West, 1733.4 feet from the northwest corner of said lot; thence North 62 degrees 50 minutes East, 818 feet; thence with a curve to the right, having a radius of 890.4 feet through 11 degrees 29 minutes of arc, to the west line of Lot Fifteen (15), Block Seven (7); thence with said line N 8 degrees 29 minutes E 140 feet; thence with a curve to the left and westward, tangent to a line bearing North 76 degrees 34 minutes East having a radius of 1020.4 feet; through 14 degrees 44 minutes of arc; thence south 62 degrees 50 minutes west, 724.8 feet; thence south 8 degrees 29 minutes west, 160 feet to the beginning, containing 2.95 acres, being a part of Porcion 71.

10th Tract; All that certain tract, piece or parcel of land containing Five and eighty-six one-hundredths (5.86) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described, as follows:.

Later "F" San Juan property West of S.A. & R.G.R.R., beginning at the intersection of the line between Porciones 70 and 71 and the N. line of the right of way of the St. L.B.& Mex R.R; thence S 78 degrees 40 minutes E 29.5 feet; thence with a curve to the left having a radius of 638.1 feet through 38 degrees 30 minutes of arc; thence N 62 degrees 50' E 987.1 feet; thence N 8 degrees 29' E 160.5 feet; thence S 62 degrees 50' W 1080.3 feet; thence with a curve to the right having a radius of 508.1 feet; thence N 78 degrees 40' W 29.5 feet to the line of Porciones 70 and 71, thence with said line S. 8 degrees 29' W 130 feet to the beginning containing 4.32 acres being a part of Porcion 71. Also another tract 73 feet in width extending along the St. L.B. & M.R.R. right of way from the right of way

COUNTY COURT * COUNTY OF HIDALGO TEXAS *
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 27 of 46

DEED 120



5-58

of Lateral "F" to the W. line of Lot I5, Block 6, containing I.54 acres out of Block, 5 Lot I6, Porcion 71.

IIth Tract: All that certain tract, piece or parcel of land containing Seven and nine one-hundredths (7.09) acres, in, out of and forming part of said Porcion Seventy-two (72), more particularly meted, bounded and described as follows;

Beginning at the N.W. corner of the San Juan Townsite and the S.W corner of Lot 29, Block 8, of Parks & Card's subdivision of the San Juan Plantation Company lands; thence with the north line of said Townsite S 8I degrees 31 minutes E 3092.4 feet to the S.E corner of Lot 34, Block 8, of said subdivision; thence N 8 degrees 29 minutes E I00 feet; thence N 8I degrees 3I min. W 3092.4 feet, to the right-of-way of the San Antonio Rio Grande R.R., thence with said right-of-way S 8 degrees 29 minutes W I00 feet, to the beginning, containing 7.09 acres, in Porcion 72.

ELEVENTH.-LATERAL "G".

Ist Tract; All that certain tract, piece or parcel of land containing Four and thirty-seven one-hundredths (4.37) acres, in, out of and forming part of said Porcion Sixty-six (66), more particularly meted, bounded and described as follows:

Beginning at a point in the E line of the right-of-way of the Main canal near the corner of Block eight (8) and Nine (9) of Steele - Pershing's subdivision of said Porciones sixty-six (66) and sixty-seven (67) 73.2 feet s 8 degrees 35 minutes W from the intersection of the middle line of Later "G" now contructed and said East line of right-of-way; thence N 7I degrees I6 min. E I463.2 feet to line of Lots Four (4) and five (5), Block eight (8); thence with their line N 8 degrees 35 minutes E I46.4 feet; thence S 7I degrees I6 minutes W I463.2 feet to said right-of-way; thence with said right-of-way S 8 degrees 35 minutes W I46.4 feet to the beginning, containing 4.37 acres in Porcion sixty-six (66).

2nd Tract; All that certain tract, piece or parcel of land containing Nine and eighty-four one hundredths (9.84) acres, in, out of and forming part of said Porciones sixty-six and sixty-seven (67), more particularly meted, bounded and described as follows:

Beginning at a point in the line of Lots four (4) and five (5) Block eight (8) of Steele & Pershing's subdivision of Porciones sixty-six (66) and sixty-seven (67), 73.2 feet south 8 degrees 25 minutes West from the intersection of said line of Lots Four (4) and Five (5), Block eight (8) and the middle of Lateral "G", now contructed; thence North 8I degrees I6 minutes East, 2864.6 feet; thence with a circular curve to the left having a radius of 3930 feet through 8 degrees 27 minutes of arc thence North 8 degrees 35 minutes East, I45.7 feet; thence with a circular curve to the right tangent to a line bearing south 60 degrees 52 minutes West following said curve to the Westward, having a radius of 2,800 feet through I0 degrees I4 minutes of arc; thence south 7I degrees I6 minutes West, 2,797.4 feet to the line of said lots four (4) and five (5); Block eight (8) thence south 8 degrees 35 minutes West I46.4 feet to the beginning, containing 9.84 acres, 0.03 acres being in Porcion Sixty-six and 9.8I acres being in Porcion sixty-seven (67).

3rd Tract: All that certain tract, piece or parcel of land containing Five and eight one-hundredths (5.08) acres, in, out of and forming part of said Porcion sixty-eight (68), more particularly meted, bounded and described as follows:

BEGINNING at a point south, 8 degrees 35 minutes West I.6 feet from a post, the corner of Blocks 7 and 8 on the Santa Cruz Plantation as subdivided by Steele &

128/558

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: Deputy Clerk
Pg. 28 of 46

DEED 120



Pershing; thence with a circular curve to the left, tangent to a line bearing North 62 degrees 49 minutes East with a radius of 2930 feet, through 9 degrees 16 minutes of arc; thence North 53 degrees 35 minutes East 1468.7 feet; thence North 8 degrees 35 minutes East 183.9 feet; thence south 53 degrees 33 minutes West 1598.7 feet; thence with a circular curve to the right having a radius of 2800 feet through 7 degrees 19 minutes of arc; thence south 8 degrees 35 minutes West 145.7 feet to the beginning, containing 5.08 acres.

4th Tract; All that certain tract, piece or parcel of land containing five and nine tenths (5.9) acres, in out of and forming part of said Porcion Sixty-eight (68), more particularly meted, bounded and described as follows;

Beginning at a point on the West line of Porcion Sixty-nine (69) 81 feet North 8 degrees 35 minutes East from a post the corner of Lots 88 and 89 of the Pharr Brothers and associates subdivision of Porciones sixty-nine (69) and Seventy (80); thence North 8 degrees 35 minutes East 183.9 feet thence south 8 degrees 35 minutes West 183.9 feet thence north 53 degrees 33 minutes East 1978.8 feet to the beginning, containing 5.9 acres.

53 degrees 35 min. west 1978.8 feet; thence South [handwritten interlineation]

5th Tract; All that certain tract, piece or parcel of land containing Twenty and sixty-seven one-hundredths (20.67) acres, in, out of and forming part of said Porcion Sixty-nine (69), more particularly meted, bounded and described as follows:

Beginning at a point N. 8 degrees 25 minutes E 89.54 feet from a post corner of lots eighty-eight (88) and eighty-nine (89) Pharr Brothers and Associates subdivision of Porciones 69 and 70, being in the West line of Porcion 69; thence N 53 degrees 28 minutes E 5667.7 feet; thence following a curve to the right having a radius of 1845.1 feet through 39 degrees 34 minutes of arc to Pharr and Chapin road; thence N 8 degrees 25 minutes E. 130.5 feet; thence following a curve to the left and westward, tangent to a line bearing N 86 degrees 38 minutes W having a radius of 1975.1 feet through 39 degrees 54 minutes of arc; thence S 53 degrees 28 minutes W 5538.3 feet to the line of Porciones 68 and 69; thence with said line S 8 degrees 25 minutes W 166.9 feet to the beginning, containing 20.67 acres in Porcion 69.

559 / 120 / T / 570

6th Tract; All that certain tract, piece or parcel of land containing Twenty and Seventy-four one-hundredths (20.74) acres, in, out of and forming part of said Porciones Sixty-nine (69) and seventy (70), more particularly meted, bounded and described as follows;

120 / 531

Beginning at a point in the Pharr and Chapin Road S. 8 degrees 25 min W 65.75 feet from the intersection of said road and the middle of Lateral "G" now constructed; thence following a curve to the right having a radius of 1845.1 feet through 43 degrees 06 min. of arc; thence S 43 degrees 53 min. E. 5378.7 feet to the west side of the Chapin road; thence S 81 degrees 10 min. E 20 feet to the line of Porciones 70 and 71 in the middle of the Chapin road; thence with said line N 8 degrees 29 minutes E 130 feet to a point in said line; thence N 81 degrees 10 min. W 20 feet to a point in the west side of said Chapin road S 8 degrees 29 min. W 255.25 feet from a post, the east end of the line between lots 80 and 81, Pharr Bros. and Associates' subdivision of Porciones 69 and 70; thence N. 43 degrees 52 minutes W 5270.3 feet; thence following a curve to the left having a radius of 1975.1 feet through 42 degrees 46 min. of arc to the middle of said Pharr & Chapin Road; thence with said road S 8 degrees 25 min. W 130.5 feet

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: [signature] Deputy Clerk
Pg. 29 of 46

{ DEED 120 }



5-60

to the beginning, containing 20.74, acres.

7th Tract. All that certain tract, piece or parcel of land containing One and Twelve one-hundredths (1.12) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning in the East line of Lot three (3), Block six (6) of the San Juan Plantation Company lands as subdivided by Parks and Card, 65 feet S 8 degrees 29 minutes W from its intersection with the middle line of Lateral "C" now constructed; thence S 81 degrees 10 minutes E 375 feet to the west line of the right-of-way of the S.A & R.G.R.R., thence with said right-of-way of the ~~S.A.&R.G.R.R., thence with said right-of-way~~ N 8 degrees 28 minutes E 130 feet; thence N 81 degrees 10 minutes W 375 feet to the line of Lots Three (3) Block six (6) of said subdivision; thence with said line S 8 degrees being, a part of Porcion 71, Hidalgo County, Texas.

8th Tract; All that certain tract, piece or parcel of land containing Two and Forty-five one-hundredths (2.45) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the East line of Lot Three (3), Block Five (5), of the San Juan Plantation Company's land as subdivided by Parks and Card, 65 feet south 8 degrees 29 minutes West from its intersection with the middle of Lateral "C" now constructed; thence south 81 degrees 10 minutes East 819.44 feet to the line of Lot Three (3), block six (6), and Lot Three (3), block seven (7), of said subdivision; thence north 8 degrees 29 minutes 130 feet; thence North 81 degrees 10 minutes west 819.44 feet to the east line of Lot Three (3), Block Five (5) of said subdivision; thence with said line south 8 degrees 29 minutes West 130 feet to the beginning, containing 2.45 acres, being a part of Porcion 71, Hidalgo County, Texas/

9th Tract; All that certain Tract, piece or parcel of land containing Three and sixty-eight one hundredths (3.68) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows::

Beginning at a point in the middle of the Chapin and San Juan road, (being the line of Porciones 70 and 71), which is south 8 degrees 29 minutes West 385.25 feet from the corner of Lots Eighty (80) and eighty-one (81) of Pharr Brothers and AssociatesSubdivision of Porciones Sixty-nine (69) and seventy (70); thence south 81 degrees 10 minutes East, 1,232.16 feet to the line of Lot Three (3) Block five (5), and Lot Three (3), Block six (6), as subdivided by Parks and Card; thence north 8 degrees 29 minutes East, 130 feet; thence North 81 degrees 10 minutes west, 1,232.16 feet to the middle of said Chapin and San Juan road and said Porcion line; thence with said Porcion line south 8 degrees 29 minutes West, 130 feet to the beginning, containing 3.68 acres, being a part of Porcion seventy-one (71), Hidalgo County, Texas.

I TWELFTH- LATERAL "H".

1st Tract; All that certain tract, piece or parcel of land containing Forty-five and fifty-two one-hundredths (45.52) acres, in, out of and forming part of said Porcion sixty-six (66), more particularly meted, bounded and described as follows:

Beginning at a point 40 feet S 81 degrees 25 minutes east from the east line of the lands of the Hidalgo Canal Company 111955 feet N 8 degrees 35 minutes E from the middle line of the St. L.B. and M.R.R., thence S 81 degrees 25 minutes E

COUNTY COURT * COUNTY OF HIDALGO TEXAS *
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 30 of 46

DEED 120

581

120 5-61

110 feet; thence N 8 degrees 35 minutes E 18026 feet to a point 20 feet northward of the line between blocks one (1) and Two (2) of Steele and Pershing's subdivision of Porciones 66 and 67; thence with said line N 81 degrees 25 minutes W 110 feet to the east line of a 40 foot road as reserved by the Estate of G. Bedell Moore; thence with said road S 8 degrees 35 min. W 18026 feet to the beginning containing 45.52 acres, being in Porcion 66, Hidalgo County Texas.

2nd Tract; All that certain tract, piece or parcel of land containing Four and Seventy-eight One-hundredths (4.78) acres, in, out of and forming part of said Porciones sixty-six and sixty-seven (67), more particularly meted, bounded and described as follows; a tract of land 80 ft. wide on each side of the following described line;

Beginning at a point in the East right-of-way line of Lateral "H" of said Louisiana Rio Grande Canal Company and N. 8 degrees 35 minutes E 320 feet from the southwest corner of Lot 4, Block 3 of said Steele & Pershing subdivision; thence S 81 degrees 25 minutes East 1300 feet to the east line of said Lot; thence with the center line of the Canal now constructed by said Louisiana Rio Grande Canal Company, N 81 degrees 34 min. East 1333.4 feet to the East line of Lot 5, Block 3 of said subdivision, the said strip of land herein described containing four and 78/100 (4.78) acres, more or less.

THIRTEENTH-MISCELLANEOUS CANALS & LATERALS

1st Tract; All that certain tract, piece or parcel of land containing One and twenty-two one-hundredths (1.22) acres, in, out of and forming part of Porcion seventy-one (71) more particularly meted, bounded and described as follows:

A Strip of land 130 feet wide 65 feet on either side of a line more particularly described as follows: Beginning where the center line of Lateral "A" now constructed, intersects the line between Porciones 70 and 71, and running thence N 82 degrees 03 minutes E 411.2 feet, containing 1.22 acres, in Porcion 71.

2nd Tract; All that certain tract, piece or parcel of land containing Three and eighty-eight one-hundredths (3.88) acres, in, out of and forming part of Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at the N.W corner of Lot 1, Block 8 (Card Subdivision) thence S 8 degrees 28 minutes W along the east edge of the S.A & R.G. R. Co's right-of-way 1690.3 feet; thence S 81 degrees 31 minutes E 100 feet; thence N 8 degrees 28 minutes E 1690.3 feet; thence N 81 degrees 31 minutes W 100 feet to the place of beginning containing 3.88 acres, all out of Porcion 71.

3rd Tract; All that certain tract, piece or parcel of land containing Two and forty-nine one-hundredths (2.49) acres, in, out of and forming part of said Porciones Seventy-one and Seventy-two (71 & 72), more particularly meted, bounded and described as follows: A strip of land 35 ft. wide on either side of a center line described as follows:

Beginning at a point in the East line of Lot 13, Block 1 (Park's and Card's subdivision of San Juan Tract, said point bears S 8 degrees 29 minutes W 200 feet from the N.E. corner of Lot 13, Block 1, of the above mentioned subdivision; thence N 81 degrees 32 minutes W 483 feet; thence S 74 degrees 26 minutes W 1061 feet to a point in the east boundary line of the right-of-way of the Canal along the east side of the S.A. and R.G.R.R., containing 2.49 acres, 1.49 acres in Porcion 71, and 1.00 acre in Porcion 72.

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS ★
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 31 of 46

DEED 120



4th Tract: All that certain tract, piece or parcel of land containing Nine Hundredths (.09) acres, in, out of and forming part of said Porcion Seventy-one (71) more particularly meted, bounded and described as follows.

Beginning at a point in the West line of Lot 6, Block 2, (Park and Card's Subdivision of San Juan Tract), said point bears N 8 degrees 29 minutes E 15 feet from the S.W. corner of the above mentioned Lot 6; thence N 8 degrees 29 minutes E 80 feet; thence S 81 degrees 31 minutes E 50 feet; thence S 8 degrees 29 minutes W 80 feet; thence N 81 degrees 31 minutes W 50 feet to the place of beginning, containing .09 acres, out of Porcion 71.

5th Tract; All that certain tract, piece or parcel of land containing Thirty and five-hundredths (30.05) acres, in, out of and forming part of said Porcion Seventy-one (71) more particularly meted, bounded and described as follows:

Beginning at a point in the south line of Lot 8, Block 4, (Park's and Card's subdivision of San Juan Tract), said point bears S 81 degrees 31 minutes E 125 feet from the southwest corner of Lot 8, block 4, of the above mentioned subdivision; thence N 8 degrees 29 minutes E 1602 feet; thence S 81 degrees 31 minutes E 1107/16 feet; thence N 8 degrees 29 minutes E 80 feet; thence N 81 degrees 31 minutes W 1107.16 feet; thence N 8 deg. 29 minutes E 5560.55 feet; thence S 60 degrees 41 minutes E 1184.6 feet; thence N 8 degrees 29 minutes E 74.9 feet; thence N 60 degrees 41 minutes W 1184.6 feet; thence N 8 degrees 29 minutes E 1824.55 feet; thence S 81 degrees 31 minutes E 1107.16 feet; thence N 8 degrees 29 minutes E 90 feet; thence N 81 deg. 31 minutes W 1107.16 feet; thence N 8 degrees 29 minutes E 1290 feet thence S 81 degrees 31 minutes E 1107.16 feet; thence N 8 degrees 29 minutes E 80 feet; thence N 81 degrees 31 minutes W 1207.16 feet thence S 8 degrees 29 minutes W 9602 feet; thence S 81 degrees 31 minutes E 100 feet to the place of beginning, containing 30.05 acres, all in Porcion 71.

6th Tract: All that certain tract, piece or parcel of land containing Thirty one Hundredths (.31) acres, in, out of and forming part of said Porcion Seventy one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the East line of Lot 4, Block 10, (Park's and Card's subdivision of San Juan Tract); said point bears N 8 degrees 29 minutes E 329 feet from the S.E. corner of the aforesaid Lot 4, Block 10; thence S 88 degrees 29 minutes W 344 feet; thence N 81 degrees 31 minutes W 40 feet; thence N 8 degrees 29 minutes E 344 feet; thence S 81 degrees 31 minutes E 40 feet to the place of beginning, containing .31 acres, out of Porcion 71.

7th Tract; All that certain tract, piece or parcel of land containing Twenty two and two one-hundredths (22.02) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows; A strip of land 60 ft. in width on each side of the following described line;

Beginning at a point in the South line of Lot 16, Block 1, of the above mentioned subdivision, said point bears S 81 degrees 31 minutes E 50 feet from the S.W. corner of the aforesaid Lot 16, thence N 8 degrees 28 minutes E 7990.6 feet on a line 100 feet east of and parallel to the center line of the San Antonio Rio Grande R.R., thence on a circular curve to the left, the radius of which is 2964.9 feet, 1602.4 feet through 30 degrees 58 minutes of arc to a point on the north line of Lot 4, Block 1, of the San Juan Subdivision, said point bears S 81 degrees 31 minutes E 58.4 feet from the N.W. corner of the said Lot 4, containing 22.02 acres, out of porcion 71.

COUNTY COURT * COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 32 of 46

DEED 120

563

120 5-63

8th Tract; All that certain tract, piece or parcel of land containing Eighty-eight one-hundredths (.88) acres out of Lot 4, Block 10, in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72), more particularly meted, bounded and described as follows: A strip of land 40 ft. wide on each side of the following described line;

Beginning at a point 923.8 feet S 8 degrees 29 minutes W from the N.W. corner of Lot 4, Block 10, and running thence S 80 degrees 47 minutes E 481 feet to the east line of said Lot #4, Block 10, ~~and running thence S 80 degrees 47 minutes E 481 feet to the east line of said Lot 4, Block 10;~~ estimated to contain, 88 acres.

9th Tract: All that certain tract, piece or parcel of land containing One and forty-one one-hundredths (1.41) acres out of Lot Four (4), Block Three (3), in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at the S.E. corner of Lot 4, Block 3, (Park's and Card's Subdivision of San Juan Tract); thence N. 8 degrees 29 minutes E 37.45 feet; thence N 60 degrees 41 minutes W 877.7 feet; thence S 8 degrees 29 minutes W 74.9 feet; thence S 60 degrees 41 minutes E 877.7 feet; thence N 8 degrees 29 min. E 37.45 feet to the place of beginning, containing 1.41 acres out of Porcion 71.

10th Tract; All that certain tract, piece or parcel of land containing One and fifty one-hundredths 1.50) acres, in out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

A parcel of land 80 feet in width being 40 feet on each side of a center line, said center line being more particularly described as being the dividing line between lots 2 and 3, Block 3, (Park's and Card's subdivision of the San Juan Tract) containing 1.50 acres, out of Porcion 71.

11th Tract; All that certain tract, piece or parcel of land containing one and fifty one-hundredths (1.50) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

A parcel of land 80 feet in width and 819.44 feet in length through lot 7, Block 3, (Park's and Card's subdivision of the San Juan Tract), the south line of which is 15 feet north of (measured perpendicular) and parallel with the south line of Lot 7, Block 3, (Park's and Card's Subdivision of San Juan Tract), containing (1.50) acres, out of Porcion 71.

12th Tract; All that certain tract, piece or parcel of land containing one and fifty-one one-hundredths (1.51) acres k out of Lot Two (2), Block Eleven (11), in out of and forming part of said Porciones Seventy-one (71) and Seventy-two, more particularly meted, bounded and described as follows;

Beginning at a point N 8 degrees 29 minutes E 20 feet from the S.W. corner of said Lot 2, Block 11; thence S 81 degrees 31 minutes E 819.44 feet; thence N 8 degrees 29 minutes E 80 feet; thence N 81 degrees 31 minutes W 819.44 feet; thence S 8 degrees 29 minutes W 80 feet to the beginning, containing 1.51.

13th Tract; All that certain tract, piece or parcel of land containing One and five tenths (1.5) acres out of Lot 4, Block 11, in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72), more particularly meted, and described as follows; A strip of land 40 ft. wide on each side of the following described line,

563 / 120 / 5 / 564

COUNTY COURT COUNTY OF HIDALGO TEXAS
AUG 12 2026
Date: ______
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ______ Deputy Clerk
Pg. 33 of 46

DEED 120



Beginning at a point in the W line of Lot 4, Block II, and East line of Lot 4, Block I2, 9I3.2 feet, S 8 degrees 29 min. W from the N.W corner of Lot 4, Block II, and running thence S 80 degrees 47 minutes E 8I9.4 feet to the East line of Lot 4, Block II; estmimated to coontain I.5 acres.

I4th Tract; All that certain tract, piece or parcel of land containing Seven and seventy-five one-hundredths (7.75) acres, in out of and forming part of said Porcicnes Seventy-one (7I) and Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point in the east edge of the right-of-way of Canal along S.A. & R. G.R.R. said point bears S 8I degrees 3I minutes E I00 feet; and N 8 Degree 28 minutes W I5 feet from the S.W. corner of Lot I7, Block 8, Porciones 7I and 72; thence S 8I degrees 3I minutes E 2995 feet; thence N 8 degrees 29 minutes E I305 feet thence N 8I degrees 3I minutes W 80 feet; thence S 8 degrees 29 minutes W I225 feet thence N 8I degrees 3I minutes W 29I5 feet; thence S 8 degrees 28 minutes W 80 feet to place of beginning, containing 7.75 acres, I.55 acres in Porcion 7I, and 6.20 acres in Porcion 72.

I5th Tract; All that certain tract, piece or parcel of land containing Five and twenty-four one hundredths (5.24) acres, in, out of and forming part of said Porciones Seventy-one (7I) and Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point in the east line of the right-of-way of a canal along the east side of the S.A. R.G. R.R. said point bears S 8 degrees 28 minutes W 40 feet and S 8I degrees 3I minutes E 80 feet from the S.W. corner of Lot 8, Block 8, (Park's and Card's subdivision of San Juan Tract); thence S 8I degrees 3I minutes E I57I.8 feet; thence N 8 degrees 29 minutes East I360 feet; thence N 8I degrees 3I minutes W 80 feet; thence S 8 degrees 29 minutes W I280 feet; thence N 8I degrees 3I minutes W I49I.8 feet; thence S 8 degrees 28 min. W 80 feet to the place of beginning, containing 5.24 acres; I.59 acres in Porcion 7I, and 3.65 acres in Porcion 72.

I6th Tract: All that certain tract, piece or parcel of land containing Nine and one-hundredths (9.0I) acres, in, out of and forming part of said Porciones Seventy-on (7I) and Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at the S.W. corner of Lot 9, Block 8 (Parks and Card's Subdivision of San Juan Tract); thence N 8 degrees 28 minutes East along the East line of the right-of-way of S.A.& R.G. R.R. 4642.7 feet; thence S 8I degrees 3I minutes E I00 feet; thence S 8 degrees 28 minutes W I053.2 feet; thence N 8I degrees 3I minutes W 20 feet; thence S 8 degrees 28 minutes W 3589.5 feet thence N 8I degrees 3I minutes W 80 feet to the place of beginning, containing 9.0I acres all in Porcion 7I.

I7th Tract; All that certain tract, piece or parcel of land containing Five and twenty-four one hundredths (5.24) acres, in, out of and forming part of said Porciones Seventy-one (7I) and Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point in the east edge of the right-of-way of a canal along the east side of the S.A.& R.G.R.R., said point bears N 8 degrees 28 minutes E 95 feet and S 8I degrees 3I minutes E I00 feet from the S.W. corner of Lot 2I, Block 8, (Park's and Card's subdivision of the San Juan Tract); thence S 8I degrees 3I minutes E I467.8 feet; thence N 8 degrees 29 minutes E I225 feet; thence S 8I degrees 3I minutes E 85 feet; thence S 8 degrees 29 minutes W I305 feet; thence N 8I

564 120 565

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 34 of 46

DEED 120

5-65 585

degrees 3I minutes W I552.8 feet; thence N 8 degrees 28 minutes E 80 feet to place of beginning, containing 5.24 acres; I.54 acres in Porcion 7I, and 3.70, acres in Porcion 72.

18th Tract: All that certain tract, piece or parcel of land containing Thirty-two and seventeen one-hundredths (32.17) acres, in, out of and forming part of said Porciones Seventy-one (7I) and Seventy-two (72), more particularly meted bodnded and described as follows:

Beginning at the S.W. corner of Lot 29, Block 8, (Park's and Card's Sub division of San Juan Tract); thence N 8 degrees 28 minutes E along the East edge of the S.A. & R.G.R.R. company's right-of-way, II6I6.2 feet; thence S 8I degrees 3I min. E 3096.5 feet; thence S 8 degrees 29 minutes W 80 feet; thence N 8I degrees 3I minutes W 2996.5 feet; thence S 8 degrees 28 minutes W II536.2 feet; thence N 8I degrees 3I minutes W I00 feet; to the beginning, containing 32.17 acres, 28.22 acres in Porcion 7I and 3.95 acres in Porcion 72.

19th Tract; All that certain tract, piece or parcel of land containing One and Seventy-five one-hundredths (I.75) acres in, out of and forming part of said Porciones Seventy-one (7I) and Seventy-two (72), more particularly meted, bounded and described as follows: 525 / 120 / 5 / 566

Beginning at a point which is N 8 degrees 29 minutes E 209 feet and S 8I degrees 3I minutes E I25 feet E of the S.W. corner of Lot I, Block 5; thence S 8I degrees 3I minutes E 953.6 feet to the "Langley Strip"; thence with said strip N. 8 degrees 29 minutes E 80 feet; thence N 8I degrees 3I minutes W 953.6 feet; thence S 8 degrees 29 minutes W 80 feet to the beginning, containing I.75 acres.

20th Tract: All that certain tract, piece or parcel of land containing Nine and sixty-eight one-hundredths (9.68) acres, in, out of and forming part of said Porcion Seventy-one (7I), more particularly meted, bounded and described as follows:

Beginning at a point in the North line of Lot I4, Block 5, (Park's and Card's Subdivision of San Juan Tract) said point bears S 8I degrees 3I minutes E 25 feet from the N.W. corner of Lot I4 of the Above mentioned subdivision; thence S 8 deg. 29 minutes W 3551 feet; thence S 87 degrees 42 minutes E 7.7 feet to a point of curve; thence on a curve to the left, the radius which is 508.I4 feet through I0 degrees 29 minutes of arc; & 90 feet; thence N. 81 degrees 31 minutes W. 953.76 feet; thence N. 8 degrees 29 minutes thence N 8 degrees 29 minutes E 2192.5 feet; thence S 81 degrees 31 minutes E 953.76 feet; thence N 8 degrees 29 minutes E 1285 feet; thence N 8I degrees 3I min. W I00 feet to the place of beginning; containing 9.68 acres out of Porcion 7I.

21st Tract; All that certain tract, piece or parcel of land containing One and Fifty-two one-hundredths (I.52) acres, in, out of and forming part of said Porcion Seventy-one (7I), more particularly meted, bounded and described as follows:

Beginning at a point in the north edge of the St. Louis Brownsville & Mexico R.R. right-of-way, said point bears S 78 degrees 32 minutes E 26.2 feet from the S.W. corner of Lot I5, Block 5, (Park and Card's subdivision of San Juan Tract) thence S 78 degrees 42 minutes E I053.9 feet along the north right-of-way boundary of the St. L.B.& M. R.R.; thence N 8 degrees 29 minutes E 73 feet; thence N 78 degrees 42 minutes W 754 feet to a point in the south boundary line of Lateral "F" right-of way; thence on a curve to the right the radius of which is 638.I4 feet, through 27 degrees 4I minutes of arc, and tangent at its initial point to a line bearing S 73 deg. 37 minutes W to the place of beginning, containing I.52 acres out of Porcion

COUNTY COURT COUNTY OF HIDALGO TEXAS
AUG 12 2026
Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 35 of 46

DEED 120



71.

22nd Tract; All that certain tract, piece or parcel of land containing Fourteen and twenty-seven one-hundredths (14.27) acres, in, our of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

A strip of land 125 feet wide off the west side of that Portion of Lot 3, Block 5, south of Lateral "G" and Lots 6,7,10 and 11, Block 5, of the lands of the San Juan Plantation Co., as subdivided by Park and Card, save and except a strip of land 25 feet wide off the west side of the aforesaid strip or strips and aforesaid lots appropriated for road purposes, containing 14.27 acres out of Porcion 71, Hidalgo County, Texas.

566 / 120 / D / 569

23rd Tract; All that certain tract, piece or parcel of land containing six and four one-hundredths (6.04) acres, in, out of and forming part of said porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the east line of the public road along line between Porciones 70 and 71, said point bears S 8 degrees 29 minutes W 255.25 feet and S 81 degrees 10 minutes E 25 feet from the N.W. corner of Lot 3, Block 5, (Park's and Card's subdivision of San Juan Tract); thence N 8 degrees 29 minutes E along east line of said public road 2628.4 feet; thence S 81 deg. 31 minutes E 100 feet, thence S 8 deg. 29 min. W 2629 feet; thence N 81 degrees 10 minutes W 100 feet to place of beginning, containing 6.04 acres, all out of Porcion 71.

24th Tract; All that certain tract, piece or parcel of land containing Two and twenty-nine one-hundredths (2.29) acres, in, out of and forming part of said Porciones Seventy-one (71) and Seventy-two (72), more particularly meted, bounded as follows; A strip of land 40 ft. in width on each side of the following described line;

Beginning at a point 498 feet S 8 degrees 29 minutes W and 100 feet S 81 degrees 31 minutes E from the N W. corner of Lot 4, Block 12, of the San Juan Subdivision and running thence S 52 degrees 23 minutes E 701.1 feet to a point of curve thence following a curve with a radius of 573.14 feet to the left through 28 degrees 24 minutes of arc; thence S 80 degrees 47 minutes E 281 feet to the E line of Lot 4, Block 12, estimated to contain 2.29 acres.

25th Tract; All that certain tract, piece or parcel of land containing Six and six one-hundredths (6.06) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the north side of the right-of-way of Lateral "E" and the east side of a 40 ft. road whose center line is the line between Porciones 70 and 71; thence paralleling said Porcion line and following the east side of said road N. 8 degrees 29 minutes E 3278.6 feet to the north line of Lot 4, Blk. 12, of Parks & Card's Subdivision of the San Juan Plantation Co's lands, thence with said line S 81 degrees 31 minutes E 80 feet; thence S 8 degrees 29 minutes East 3320.3 feet to the right-of-way of Lat. "E", thence N 53 degrees 55 minutes W 90.3 feet to the beginning, containing 6.06 acres, in Porcion 71.

26th Tract; All that certain tract, piece or parcel of land containing Thirty-nine hundredths (.39) acres, in, out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

Beginning at a point in the west line of Lot 1, Block 9 (Park's and Card's subdivision of San Juan Tract) said point bears N 8 degrees 29 minutes E 409 feet from the S.W. corner of the aforesaid Lot 1; thence S 8 degrees 29 minutes W

COUNTY OF HIDALGO TEXAS COUNTY COURT
AUG 12 2026
Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 36 of 46

DEED 120



424 feet; thence S 8I degrees 3I minutes E 40 feet; thence N 8 degrees 29 minutes E 424 feet; thence N 8I degrees 3I minutes W 40 feet to the place of beginning, containing .39 acres out of Porcion 7I.

27th Tract; All that certain tract, piece or parcel of land containing Seventeen and eight one-hundredths (I7.08) acres, in, out of and forming part of said Porcion Seventy- one (7I), more particularly meted, bounded and described as follows: 567 120 to 567

A strip of land I25 feet wide off the west side of Lots 54, 5,9,I2 and I3, Block 5, of San Juan Plantation Company's land, as subdivided by Parks and Card, save and except a strip 25 feet wide off the west side of this strip, or strips, and said lots, appropriated for road purposes containing I5.I5 acres out of Porcion 7I. Also a strip off the south side of Lot 2, Blk. I2, of said subdivision, more particularly described as follows; Beginning at a point N 8 degrees 29 minutes E 20 feet and S 8I deg. 3I minutes E 25 feet from the S.W. corner of Lot 2, Blk. I2; thence with the north side of a 40 ft. road I053.4 feet to the west side of the "Langley Strip" purchased from Brewster by R.R. Langley; thence with said strip N 8 degrees 29 minutes E 80 feet; thence N 8I degrees 3I minutes W I053.4 feet to the east side of county road, whose center line is the line between Porciones 70 and 7I; thence with said road S 8 degrees 29 minutes West 80 feetto the beginning, containigg I.93 acres in Porcion 7I.

28th Tract; All that certain tract, piece or parcel of land containing Three and eighty-seven hundredths (.3.87) acres, in, out of and forming part of said Porcion Seventy (70), more particularly meted, bounded and described as follows:

Being a strip of land off the west side of Lot I8I, of the subdivision of Porciones 69 and 70, as subdivided by Pharr Bros. and Associates, 40 feet wide, and a strip of land 80 feet wide, lying adjacent to and on the north side of a road on the south side of said lot I8I, containing in all three and eighty-seven one-hundredths (3.87) acres in Porcion 70.

29th Tract; All that certain tract, piece or parcel of land containing Two and thirty-nine one-hundredths (2.39) acres, in, out of and forming part of said Porcion Seventy (70) more particularly meted, bounded and described as follows:

A strip of land off the south side of Lot I9I, of the subdivision of Porciones 69 and 70, as subdivided by Pharr Bros. and Associates, 40 feet wide, and a strip of land off the east side of said lot, containing in all two and thirty-nine one-hundredths (2.39) acres,, in porcion 70.

30th Tract: All that certain tract, piece or parcel of land containing One and twenty-one one-hundredths (I.2I)acres, in, out of and forming part of said Porcion Seventy (70), more particularly meted, bounded and described as follows:

Being a strip of land, 40 feet wide off the west side of Lot I92, of the subdivision of Porciones 69 and 70, as subdivided by Pharr Bros. and Associates, containing one and twenty-one one-hundredths (I.2I) acres, in Porcion 70.

3Ist. Tract: All that certain tract, piece or parcel of land containing Two and fifty-four one-hundredths (2.54) acres, in out of and forming part of said Porciones sixty-six (66) and sixty-seven (67), more particularly meted, bounded and described as follows, out of Lot NO. Two (2), Block No. 2.

Beginning at a point on the West line of said Lot No. 2, Block No. 2, Porciones 66 and 67, 302.8 feet N 8 deg. 35 min. E of the S.W. corner of said lot, thence N. 8 deg. 35 min. E with said W. line 99.3 feet, thence N 62 deg. I5 min. E435.5 feet, thence S 8I deg. 25 min. E 2I6.3 feet, thence S. 5I deg. I5 min. E 845.2 feet,

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: [signature] Deputy Clerk
Pg. 37 of 46

DEED 120



5-68

thence S 8 deg. 35 min. W 92.5 feet, thence 51 deg. 15 min W 970 feet, thence S 62 deg, 15 min. W 571.5 feet to the place of beginning, containing two and 54/100 (2.54) acres of land, more or less.

32nd Tract; All that certain tract, piece or parcel of land containing Two and Forty-two Ninety-ninths (2.42/99) acres, in, out of and forming part of said Porciones sixty-six (66) and sixty-seven (67), more particularly meted, bounded and described as follows:

Two and forty-two Ninety-ninths (2.42/99) acres, being a strip of land forty (40) feet wide along the east line of Lots Three (3) and four (4), in Block Fifteen (15), of the subdivision of said Porciones.

33rd Tract; All that certain tract, piece or parcel of land containing Seventy-three one-hundredths (.73) acres, in, out of and forming part of said Porcion Sixty-nine (69), more particularly meted, bounded and described as follows:

Being a strip of land sixty (60) feet wide off the East side of Lot "A" of Card's subdivision of the Townsite of Pharr containing Seventy-three one-hundredths (.73) acres out of Porcion sixty-nine (69).

34th Tract; All that certain tract, piece or parcel of land containing Two and eighty-two one-hundredths (.282) acres, in, out of and forming part of said Porcion sixty-nine (69) more particularly meted, bounded and described as follows:

A strip of land eight y (80) feet wide, the center line of which is more particularly described as follows: Beginning at a point which is S 81 degrees 35 minutes E 40 feet and S 8 Degrees 25 minutes W 234.2 feet from the North west corner of Lot "H" of the Pharr Townsite Co., acreage tracts and running thence S 8 degrees 25 minutes West 1536. feet, containing 2.82 acres in Porcion 69.

25th Tract; All that certain tract, piece or parcel of land containing Four and Eighty-two hundredths (4.82) acres, in out of and forming part of said Porcion Seventy-two (72), more particularly meted, bounded and described as follows: and part of in Los Torritos Grant.

Beginning in the south line of the Military road at the Northwest corner of tract of land known as the F.W. Lyons Tract, of which the land hereby conveyed forms a part; thence South 54 deg. 29' East 104 feet to a point in the South line of the Military road ; thence South 7 deg. 57' West 528 feet; thence south 81 deg. 00' East 1800 feet to a point in the East line of the F.W.Lyons tract 575 feet south 8 deg. 30' west from the Northeast corner of the said F.W.Lyons tract; thence south 8 deg 30' West 84 feet along the East line of the said F.W.Lyons tract to a point in the South line of the canal right of way; thence North 81 deg. 00' West 1892 feet to a point in the West line of the said F.W. Lyons tract; thence North 7 deg. 57' East 660 feet to a point in the south line of the Military road and the point of beginning and containing Four and Eighty-two Hundredths (4.82) acres, more or less.

568/120 E 569

26th Tract; All those certain eight (8) tracts, pieces or parcels of land containing in the aggregate Two and sixty-four Hundredths (2.64) acres, in out of and forming part of said Porcion Seventy-one (71), more particularly meted, bounded and described as follows:

(a) Beginning at a point S 8 degrees 29 minutes W 73.8 feet from that point where the middle line of Lateral "E" now constructed, intersects the east line of Block 12, of Parks and Card's Subdivision of the San Juan Plantation Company's lands: thence with said line N 8 degrees 29 minutes E 146.7 feet; thence N 53 degrees 55 minutes W 173.3 feet; thence S 8 degrees 29 minutes W 146.7 feet thence S 53 degrees

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 38 of 46

55 minutes E 173.3 feet, to the beginning, containing 0.52 acres in Porcion 71.

(b) A strip of land 80 feet wide, extending westward from the east line of Lot 4, Block 12, of said Subdivision, and 153.6 feet long, the middle line of which is the middle line of a lateral now constructed, through Lot 4, Block 12, Lot 4, Block 11, and Lot 4, Block 10, of said subdivision, containing 0.28 acres, in Porcion 71.

(c) Beginning at a point N 8 degrees 29 minutes E 20 feet from the S.E. corner of Lot 2, Block 12, of the San Juan Plantation Company's land, as subdivided by Parks and Card; thence N 8 degrees 29 minutes E 80 feet; thence N 81 degrees 31 minutes W 153.8 feet; thence S 8 degrees 20 minutes W 80 feet; thence S 81 degrees 31 minutes E 153.8 feet to the beginning, containing 0,28 acres in Porcion 71.

(d) Beginning at the S.E. corner of Lot 15, Block 5, of said subdivision thence N 8 degrees 29 minutes E 73 feet; thence N 78 degrees 41 minutes W 153.6 feet thence S 8 degrees 29 minutes W 73 feet; thence with the right-of-way of the St. L. B. & M.R.R. S 78 degrees 41 minutes E 153.6 feet, containing 0.26 acres in Porcion 71.

(e) Beginning at a point S 8 degrees 29 minutes W 40 feet from the N.E. corner of Lot 15, Block 5, of said Subdivision; thence N 8 degrees 29 minutes E 80 feet; thence N 81 degrees 31 minutes W 153.6 feet thence S 8 degrees 29 minutes W 80 feet; thence S 81 degrees 31 minutes E 153.6 feet, to the beginning, containing 0.28 acres, in Porcion 71.

(f) Beginning at a point N 8 degrees 29 minutes E 20 feet from the S.E. corner of Lot 13, Block 5, of said Subdivision; thence N 8 degrees 29 minutes E 80 feet; thence N 81 degrees 31 minutes W 153.6 feet; thence S 8 degrees 29 minutes W 80 feet; thence S 81 degrees 31 minutes E. 153.6 feet, to the beginning, containing 0.28 acres in Porcion 71.

(g) Beginning at a point in the E line of Lot 3, Block 5, of said subdivision S 8 deg. 29 min. W 65 feet from the intersection of the middle of Lat "G" now constructed, with said line; thence N 8 deg. 29 min. E 130 feet; thence N 81 deg. 31 min W 153.6 feet; thence S 8 deg. 29 min. W 130 feet; thence S 81 deg. 31 min. E 153.6 feet, to the beginning, containing 0.46 acres in Porcion 71. 569 120 To 570

(h) Beginning at a point N 8 degrees 29 min. E 20 feet from SE corner of Lot 1, Blk. 5, of said subdivision; thence N 8 deg. 29 min. E 80 feet thence N 81 deg. 31 min W 153.6 feet ; thence S 8 deg. 29 min. W 80 ft. thence S 81 deg. 31 min. E. 153.6 feet to the beginning, containing 0.28 acres, in Porcion 71.

37th Tract; All that certain tract, piece or parcel of land containing six and fifty-three one-hundredths (6.53) acres, in out of and forming part of said Porcion Seventy-two (72), more particularly meted, bounded and described as follows:

Beginning at a point which bears N 8 degrees 29 minutes E 100 feet and S 81 degrees 31 minutes E 20 feet from the S.W. corner of Lot 32, Block 8, (Park's and Card's subdivision of San Juan Tract); thence N 8 degrees 29 minutes E 3556.2 feet along east edge of road; thence S 81 degrees 31 minutes E 80 feet; thence S 8 degrees 29 minutes W 3556.2 feet; thence N 81 degrees 31 minutes W 80 feet to place of beginning, containing 6.53 acres of land out of Porcion 72.

38th Tract; All those certain tracts, pieces or parcels of land containing five and one one-hundredth (5.01) acres, out of Lots Nos One (1) and eight (8) In Section No. Three (3) of the Hidalgo Canal Company's subdivision, in out of

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 39 of 46

DEED 120



and forming part of Porciones sixty-four (64), sixty-five (65) and sixty-six(66) more particularly meted, bounded and described as follows:

Five and one one-hundredth (5.01) acres off the East side of the North Half of Section No. 3 as is now occupied by the new canal and barrow pit of the Louisiana Rio Grande Canal Company as follows: Beginning at the original S.E. corner of Lot No. 8, Section 3, of the Hidalgo Canal Company's subdivision of their lands in porciones 64,65 and 66 in Hidalgo County,Texas, for the S.E. corner of this tract; thence North with East line of Lots 8 and I said Section 3, 2640 feet to the N.E. corner of Section 3; thence West with the North line of Section 3 a distance of 75 feet for the N.W. corner of this tract; thence south parallel with East line, of Section 3, I500 feet; thence West 27 feet; thence south parallel with East line, II40 feet; thence East 27 feet; thence South 370 feet to the south line of Section 3 for the S.W. corner of this tract; thence East 75 feet to the place of beginning, containing in Lot I, Section 3, 2.27 acres; and in Lot 8 Section 3, 2.74 acres of land.

39th Tract; All that certain tract; piece or parcel of land containing One and six One-hundredths (I.06) acres out of Lot six (6), Block Twenty -Seven (27) in, out of and forming part of said Porciones sixty-six (66) and sixty-seven (67) more particularly meted, bounded and described as follows:

Beginning at a point where the East line of that certain public road running North and South, commonly and generally known as the "Conway Garden Road" intersects the north line of the right of way of said Lateral "A" of said Louisiana Rio Grande Canal Company; thence north 8 deg. 45 minutes E 928 feet to a point the Northwest corner of this Survey; thence along the North line of said Lot six (6), Block Twenty-seven (27) above described south 81 deg. I5 min. E 50 feet to a point the Northeast corner of this Survey ; thence south 8 deg.45 min. W. 925.I feet to a point on the North line of said right of way of said Lateral "A" of said Canal Company, for the southeast corner of this survey ; thence North 84 deg. 34 min W 50.I feet to the place of beginning containing I.06 acres, more or less.

120/570

FOURTEENTH.

SUBSIDIARY AND OTHER CANALS AND LATERALS GENERALLY.

All lands whatsoever, be the quantity thereof greater or less, as the fact may be, of whatever description and from whatever source acquired, in and out of and forming part of any of said Porciones or Grants of Land hereinbefore mentioned, now occupied, held and owned by the Grantor, and which are now occupied by the canals, laterals, flumes, syphons, gates, checks, bridges, barrow pits, or other parts of the general irrigation System of said Louisiana Rio Grande Canal Company as now located and contructed.

And the Grantor does hereby bind and obligate itself to cause to be prepared and to execute in favor of, and to deliver to, said Hidalgo County Water Improvement ~~and to execute in favor of, and to deliver to, said Hidalgo County Water Improvement~~ District No.Two, upon demand or request therefor by said District, such further and other deeds and conveyances or any of said property, and therein to more fully or accurately describe the same, as may be desired or deemed necessary, provided the request therefor is made before the Grantor shall surrender its franchises and disorganize its forces.

FIFTEENTH

PIPE LINES AND STORAGE TANKS.

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 40 of 46

DEED 120

120 571

TEN (10) miles of Pipe line, more or less, extending from the Railroad, in said County to said Second Lift Pumping Plant, thence to the First Lift Pumping Plant, together with all pumps, applicances, appurtenances, in any manner connected therewith, also the storage tanks for fuel at said Pumping Plants.

SIXTEENTH.

PUMPING PLANTS.

While not at all limiting or restricting the generality of the above description of the above mentioned medtioned Irrigation System and property now hereby sold conveyed and transferred, the following component parts thereof are especially intended to be included therein.

1st. The Complete Pumping Plant, generally known as and called the "First Lift Pumping Plant" of the Louisiana-Rio Grande Canal Company, situated on the North bank of the Rio Grande River, at or near the old Town of Hidalgo, in said Hidalgo County, now consisting of two thirty-six inch pumps and two sixty-inch pumps, fully installed and in full operation, and all engines, boilers pipes, appurtenances, appliances and apparatuses thereof, or connected therewith, and all houses, structures, buildings and betterments, over, about or connected with said Pumping Plant and machinery, also all houses, buildings and structures situated at or near said First Lift Pumping Plant, belonging to Grantor, and built and maintained by Grantor for the use of its employees at said Pumping Plant.

2nd: The Complete Pumping Plant generally known as the "second Lift Pumping Plant" of the Louisiana-Rio Grande Canal Company, situated on Lot three (3) Block Seventeen (17) of said Steele and Pershing Subdivision of Porciones Sixty-six (66) and Sixty-seven (67), about two miles south of the St. Louis Brownsville and Mexico Railroad, in said Hidalgo County, now consisting of two thirty-six inch pumps, one sixty inch pump two forty-eight inch pumps, fully installed and in operation and all engines boilers, pipes, appurtenances, appliances and apparatuses thereof or connected therewith, and all houses, structures, buildings and betterments over, about or connected with said Pumping Plant and machinery, or used in the operation thereof, also all houses, buildings and structures situated at or near said Second Lift Pumping Plant now belonging to Grantor, and built and maintained by Grantor for the use of its employees at said Second Lift Pumping Plant.

SEVENTEENTH.

CANALS AND LATERALS.

Three hundred(300) miles, more or less, of canals laterals, syphones, flumes and conduits now constructed, situated on said lands in Hidalgo County, Texas, and being in operation thereon. It being intended that all canals, laterals, syphons, flumes and conduits whatsoever owned by Grantor or to which the Grantor may have any right or interest, shall be transferred and conveyed hereby, be the quantity thereof greater or less as the fact may be, and of whatever description or character.

EIGHTEENTH:

GATES, CHECKS, BRIDGES, SYPHONS:

Two thousand (2,000) more or less, checks, gates bridges and syphons and approaches constructed and installed in or connected with said Irrigation System of the Grantor, on said lands in said County. It being intended to hereby transfer and convey all of the checks, gates, bridges, syphons and approaches now owned by Grantor be the quantity greater or less as the fact may be, and of whatsoever character and description.

COUNTY COURT * COUNTY OF HIDALGO TEXAS *
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 41 of 46

DEED 120



NINETEENTH.

TELEPHONE LINES AND SYSTEM.

About Seventy-five (75) miles of telephone lines situated on said lands in said County, and all wires, poles, receivers and other apparatus whatsoever, connected therewith or appurtenant thereto. It being intended to hereby convey and transfer all telephone lines and all things connected therewith or appurtenant thereto, now owned by Grantor, be the quantity greater or less as the case may be, and of whatever character or description.

TWENTIETH.

Houses AND BUILDINGS.

All houses and buildings whatsoever, situated on said lands in said County, now belonging to Grantor, of whatever character or description, and without limiting or r restricting the generality of the foregoing, especially including the houses and structures at said Pumping Sites, all Dwelling Houses for employees and all Out-houses, improvements and betterments connected therewith, all Workshops, the stable in the said Town of Pharr, Texas, and all other houses, improvements or betterments whatsoever, now owned by Grantor.

TWENTY FIRST

WATER RIGHTS.

All of the rights, privileges and powers whatsoever acquired by, or which may exist by virtue of the making and filing by the said Louisiana-Rio Grande Canal Company of its declaration and intention to appropriate water from the Rio Grande ~~Canal Company of its declaration and intention to appropriate water from the Rio~~ Grande River under Chapter 2, Title 60 of the Revised Civil Statutes of the State of Texas of 1895, and all subsequent Acts of the Legislature of the State of Texas amendatory or supplementary thereto, which declaration and filing is duly recorded in the Record of Water Appropriations of Hidalgo County, Texas, and also on file with the Board of Water Engineers in the City of Austin, Texas, to which reference is here made, and the same, and each of them, is made a part hereof; and all such rights and privileges acquired by the construction and operation of its canals and irrigation system under said filings or otherwise.

2nd. All riparian rights, water rights and the title thereto, and all such other rights and privileges whatsoever and however acquired, to use and take water from the Rio Grande River and convey the same to said lands under the said Irrigation System of said Louisiana-Rio Grande Canal Company hereby conveyed, for irrigation ~~System of said Louisiana-Rio Grande Canal Company hereby conveyed, for irrigation~~ purposes or otherwise, now owned possessed and enjoyed by the Grantor.

TWENTY SECOND.

PERSONAL PROPERTY.

1st.: All livestock, automobiles, wagons, farming implements, tools, machinery, engines, boilers, dynamos, meters, generators whatsoever, now owned by Grantor, or to which it may be in any manner entitled, especially including, but not exclusive of any other, all such property as may be situated or located on said land in said Hidalgo County.

2nd. All office furniture, maps, typewriters, papers, records, books, deeds, contracts documents, inventories and records now owned by Grantor, or to which it may in any manner entitled, and especially all such as may in any manner, refer or ~~release~~ relate to any property and rights hereby conveyed or transferred.

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: Deputy Clerk
Pg. 42 of 46

DEED 120

120/573



But it is understood however, that the Grantor shall have the use of such records, books and files until the Grantor concludes its business and surrenders its character, or so long as same may be necessary.

3rd. All rents, issues, revenues and profits and earnings whatsoever, derived by or acoruing to the Grantor, from all sources whatsoever.

4th: All bills and accounts receivably, notes receivable, claims, demands, credits, funds, monies, dues, assessments, refunds of whatsoever character and however acquired, now owned by the Grantor, or to which it may be in any manner entitled.

5th: All wood, fuel and lubricating oil on hand or on any part of said premises in said County, and which is being transported, and all contracts and rights with reference to any of such wood or fuel or lubricating oil

It is however now here expressly stipulated, understood and agreed by the parties hereto, that said properties are sold and now hereby conveyed and herewith delivered upon the following express covenants, agreements and undertakings on the part of said Hidalgo County Water Improvement District No. Two, which shall ever be fully, well and truly kept and performed and shall be covenants and easements running with said Irrigation System and Water Rights hereby conveyed.

Ist. Whereas, heretofore, under special contract or suitable arrangement therefor, the Louisiana-Rio Grande Canal Company has been furnishing, supplying and delivering water from its said irrigation system into reservoirs of the Water Works Systems of said towns, which water works systems are operated by said Towns or by certain persons, firms or associations or corporations, and the fact may be.

Now, therefore, the said Hidalgo County, Water Improvement District No.Two shall continue to furnish, supply and deliver water to said Towns, firms, associations or corporations, or their assignees, for the Water Works Systems of said Towns of Pharr San Juan and Alamo, at reasonable rates and upon reasonable terms and conditions; and

2nd. Whereas, heretofore, under special contract or suitable arrangement therefor the Louisiana-Rio Grande Canal Company has been furnishing and supplying water for irrigation purposes, from its irrigation system to the owners of outlying acreage, tracts or lots in, out of and forming part of the townsites of Pharr, San Juan and Alamo, which are respectively described as follows:

I. TOWNSITE OF PHARR.

All that certain tract of land, containing five hundred Seventy-eight and five-tenths (578.5) acres, more or less, embraced in what is known as the Pharr Townsite and which is more particularly described as follows:

Beginning at the Northeast corner of Lot No. one Hundred and seventy-five (175) of the Kelly and Pharr subdivision of Porciones sixty-nine (69) and Seventy-(70), and running south 81 degrees 35 minutes East five thousand two Hundred and eighty (5,280) feet to the Northwest corner of Lot One hundred and Seventy-four (174) of the said Kelly and Pharr subdivision; thence south 8 degrees 25 minutes West four thousand seven hundred and seventy-one (4,771) feet to the south West corner of Lot one hundred and eighty-two (182) of said Kelly and Pharr Subdivision Thence North 81 degrees 35 minutes West five thousand two hundred and eighty (5,280) feet to the Northeast corner of Lot One hundred and eighty-six (186), which is also the southeast corner of Lot one hundred and eighty-five (185) of said Kelly and Pharr subdivision; Thence North 8 degrees 25 minutes East four thousand seven Hundred and seventy-one (4,771) feet to the place of beginning.

COUNTY COURT COUNTY OF HIDALGO TEXAS
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ______ Deputy Clerk
Pg. 43 of 46

DEED 120



II. TOWNSITE OF SAN JUAN

All that certain tract, piece or parcel of land containing three hundred and sixty (360) acres, more or less embraced in what is known as the San Juan Townsite, and which is more particularly meted, bounded and described as follows:

Beginning at the southwest corner of Lot No; Twenty-nine (29), Block eight (8) San Juan Subdivision, in Porciones Nos. Seventy-one (71) and Seventy-two (72) in Hidalgo County, Texas; Thence with the south line of Lots Nos. Twenty-nine (29) Thirty (30) Thirty-one (31) Thirty-two (32), Thirty-three (33) and Thirty-four (34) of said Block Eight (8) south eighty (80) degrees thirty (30) minutes East two thousand seven hundred seventy-one and two-tenths (2,771.2) feet to the southeast corner of said Lot No. Thirty-four (34) in said Block eight (8); thence South nine (9) degrees thirty (30) minutes West five thousand six hundred and fifty (5,650) feet to the northeast corner of Lot Two (2), Block nine (9) of said subdivision; Thence with the North line of Lot Nos Two (2) and One (1) of said Block Nine (9), North eighty (80) degrees thirty (30) minutes West two thousand seven hundred seventy-one and two -tenths (2,771.2) feet to a point on the West line of Lot four (4) Block Ten (10) of said subdivision; Thence North nine (9) degrees thirty (30) minutes East five thousand six hundred and fifty (5,650) feet to the place of beginning.

√ III. TOWNSITE OF ALAMO.

All that certain tract, piece or parcel of land, containing six hundred thirty-four and twenty-three hundredths (634.23) acres, more or less, embraced within what is known as the Alamo Townsite, which is meted, bounded and described as follows:

Beginning at the Northwest corner of Lot Eleven (11) Block Thirtysix (36) Alamo Subdivision; Thence South eighty-one (81) degrees fifteen minutes East along the North line of lots Eleven (11) and Twelve (12) Block Thirty-six (36), and Lots Nine (9) and Ten (10) Block Thirty-seven (37), five thousand two hundred and eighty (5,280) feet to the Northeast corner of Lots Ten (10) Block Thirty-seven (37); Thence South eight (8) degrees forty-five (45) minutes West along the East line of Lots Ten (10) and Fifteen (15), Block Thirty-seven (37), and Lot Two (2) Block Thirty-three (33) four thousand eight hundred forty-two and thirty-five hundredths (4,842.35) feet to the Southeast corner of Lot Two (2), Block Thirty-three (33); Thence North eighty one (81) degrees fifteen (15) minutes West along the south Line of Lots Two (2) and One (1) Block Thirty-three (33), and Lot Four (4) Block Thirty-two (32) three thousand nine hundred and sixty (3960) feet to the Southwest corner of Lot Four (4), Block Thirty-two (32),; Thence North eight (8) degrees forty-five (45) minutes East along the West line of Lot Four (4), Block Thirty-two (32) one thousand three hundred and twenty (1320) feet to the Southeast corner of Lot Fourteen (14) Block Thirty-six (36); thence North eighty-one (81) degrees fifteen (15) minutes West along the South line of Lots Fourteen (14) Fifteen (15) and Sixteen (16), Block Thirty-six (36), three thousand Nine hundred and sixty (3,960) feet to the Southwest corner of Lot Sixteen (16), Block Thirty-six (36); Thence North eight (8) degrees forty-five (45) minutes East one thousand eight hundred and four and forty-seven hundredths (1,804.47) feet to the Northwest corner of Lot Sixteen (16) Block Thirty-six (36): Thence South seventy-eight (78) degrees thirty (30) minutes East along the South boundary line of the St. Louis, Brownsville & Mexico Railroad two thousand six hundred forty three and four hundredths (2,643.04) feet to the Northwest corner of Lot Fourteen (14) Block Thirty-six (36); thence North eight (8) degrees forty-five (45) minutes East two thousand eight hundred forty-four and seventy-six hundredths (2,844.76)

574-120

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 44 of 46

DEED 120

120/575 575

feet along the West line of Lot Eleven (II), Block Thirty-six (36) to the place of beginning.

And whereas said outlying acreage, tracts or lots in said Townsite of Pharr, San Juan and Alamo are not included in said Hidalgo County, Water Improvement District No Two, which is now hereby acquiring said established irrigation system of said Louisiana-Rio Grande Canal Company;

Now, therefore, it is stipulated and in all things made part of the consideration hereof, that said Hidalgo County Water Improvement District No.Two shall continue to supply and furnish water to the then owners of said outlying acreage tracts or lots, in said Townsites of Pharr, San Juan and Alamo, as herein before described, for the purpose of irrigating same, so long as such water service may be required or desired by said respective owners thereof, upon the same terms and conditions and subject to the same rules, regulations and limitations, as water, for irrigation purposes, is furnished and supplied by said Hidalgo County Water Improvement District No.Two, its successors or assigns, the owner for the time being of said irrigation system, to the owners of lands in said District, and at a price or rate per acre or other unit, which will be in all things equal, but not greater, than the aggregate amount of taxes and rates for maintenance and for water service paid by or assessed against owners of lands, of approximately equal value, in said District.

It being understood that said price, rate or charge to be fixed and charged by said District, for said Water service, for said acreage lots in said Townsites shall be such a price, rate or charge as will be equivalent to the aggregate amount (including the ad volorem taxes assessed to pay the principal and interest of all outstanding Bonds legally issued by the District, and the assessments made by said District for operating and maintaining its Irrigation System, including both the flat rate and the charge made for actual water service) charged to and assessed against the owners of lands, of equal value as nearly as may be, in said District and it is hereby agreed that such rate is a reasonable rate for such water service. It being intended, that said acreage lots in said Townsite shall be supplied and furnished water, for irrigation purposes, upon the same terms and conditions and at the same aggregate cost as if said lands were in and a part of said District and the owners of said lands shall be in no manner discriminated against by reason of said lands being without said District.

It is further stipulated that any of the owners of said lands may, at any time surrender said water right for any of such lands, and thereby be relieved from all liability for such service, by giving said District reasonable notice thereof.

TO HAVE AND TO HOLD the above described premises, property, rights and interests, together with all and singular the rights and appurtenances thereto and in any wise belonging, unto the said Hidalgo County Water Improvement District No.Two, its successors and assigns against every person whatsoever, lawfully claiming or to claim the same, or any part thereof.

WITNESS the signature of said LOUISIANA-RIO GRANDE CANAL COMPANY acting herein by and through its President, duly authorized thereto, attested by its Secretary, and its Corporate Seal hereto impressed this the 31st day of December A.D.1920.

LOUISIANA-RIO GRANDE CANAL COMPANY

By R.B.Creager
Its President.

(SEAL)

ATTEST:-
E. L. Greene Secretary.

575/120

COUNTY OF HIDALGO TEXAS COUNTY COURT
Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: Deputy Clerk
Pg. 45 of 46

DEED 120

576 120/576.

STATE OF TEXAS:

COUNTY OF CAMERON: BEFORE ME, the undersigned authority, a Notary Public duly commissioned and qualified in and for the County of Cameron, State of Texas, on this day personally appeared R.B.Creager, known to me to be the person whose name is subscribed to the foregoing instrument, as President of the Louisiana-Rio Grande CanalCompany, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, and in the capacity therein stated, and as the act and deed of said Louisiana-Rio Grande Canal Company, a Corporation.

Given under my hand and official seal of office this the 31st day of December A.D.1920/

(SEAL)

R.E.Green
Notary Public in and for Cameron County, Texas.

1-$1000.00 2-$100.00 1-$30.00 and 2-$10.00 Doc.Rev. stamps, Hid.Water Imp. Dist. No.Two Dec. 31-1920 cancelled.

Filed for record this the 26th day of May 1921 at 2.36 o'clock P.M.

R.J. Kerwin Clerk County Court
Hidalgo Co.Texas.
By A.E.Chavez,Deputy

Recorded this the 9th day of June 1921 at 12.00 o'clock M.

(SEAL) ____________County Clerk

COUNTY COURT ★ COUNTY OF HIDALGO TEXAS

Date: AUG 12 2026
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office
By: ____________
Deputy Clerk
Pg. 46 of 46