


PLAINTIFF'S EXHIBIT 4


SHEET 2
HIDALGO CO WATER IMPROVEMENT DISTRICT No 2
ALAMO
SAN JUAN
PHARR
McALLEN
RIO GRANDE CANAL COMPANY
ST. LOUIS BROWNSVILLE AND MEXICO R.R.
LATERAL "F"
DRAINAGE DITCH NUMBER ONE
0-64


MAP
SHOWING LAND
IN
HIDALGO COUNTY WATER IMPROVEMENT
DISTRICT Nº 2
69.438 ACRES
HIDALGO COUNTY, TEXAS
SCALE 1" = 1500'
M.C. HANSEN ENGINEER
SHEET 3
CONCLUDED
LEGEND
ALL SUBDIVISIONS ARE 40 ACRES EXCEPT WHERE OTHERWISE MARKED
SHOWS CANALS
FUTURE CANAL EXTENSIONS
ROADS
SUBDIVISION IN PORCION 68. = 44.19 AC. UNLESS INDICATED.
INDICATES LAND TO HIGH TO BE WATERED BY GRAVITY
RIO GRANDE DEL NORTE
HIDALGO
PROPOSED RESERVOIR SITE
NORTH
LATERAL A
MAIN CANAL
LOUISIANA - RIO GRANDE CANAL
LOS TORRITOS
SANTA ANA
EL GATO
PORCION 63
PORCION 64
PORCION 65
PORCION 66
DOMINGO FONSECA
GREGORIO CAMACHO
JUAN JOSE HINOJOSA
ANTONIO VELASCO
NARCISO CAVAZOS
JOSE MARIA BALLI
MAXIMO DOMINGUEZ
BENIGNO LEAL
JUAN JOSE TREVINO
O-65