


PLAINTIFF'S EXHIBIT 5