# Block 7 Alamo

Canal O-Q-10-S

Scale 1" = 600'.




PLAINTIFF'S EXHIBIT

6