





LEGEND
- ● – FD NAIL
- ● – FD. 1/2 INCH IRON ROD

PLAT SHOWING

EXISTING LOCATION OF HIDALGO COUNTY IRRIGATION DISTRICT No. 2, LATERAL "A" ACROSS ALAMO LAND AND SUGAR COMPANY SUBDIVISION, STEWARTS ADDITION TO THE CONWAY GARDENS AND BREWSTER ADDITION, HIDALGO COUNTY, TEXAS AS PER VOLUME 15 PAGE 271, VOLUME 25 PAGE 312, VOLUME 120 PAGE 531, VOLUME 308 PAGE 298, DEED RECORDS AND IN MAP RECORDED IN VOLUME 0, PAGE 63, DEED RECORDS HIDALGO COUNTY, TEXAS.

I, JOSE MARIO GONZALEZ, CERTIFY THAT THE ABOVE PLAT IS AN ACTUAL SURVEY MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THERE ARE NO VISIBLE EASEMENTS OR ENCROACHMENTS EXCEPT AS SHOWN AND THAT ALL CORNERS HAVE BEEN LOCATED AS INDICATED.

STATE OF TEXAS — JOSE MARIO GONZALEZ — 5571 — LAND SURVEYOR

8-14-26

REGISTERED PROFESSIONAL LAND SURVEYOR NO. 5571

REQUESTED BY: H.C.I.D. No. 2
SURVEYED: 8-6-26

JOB NUMBER
RIO 26 258

RIO DELTA SURVEYING
24593 FM 88, MONTE ALTO, TX 78538
(TEL) 956-262-0222
EMAIL: MARIO@RIODELTASURVEYING.COM
T.B.P.L.S. FIRM # 10013900

PLAINTIFF'S EXHIBIT 7

tabbies