
CAT
11:08 AM
Jul 21, 2026
Tues
Doffin Canal Rd, Alamo TX 78516
Company: Hidalgo County Irrigation District 2
Name: Fred
© TR4U1EC36PPRY2 Timemark Verified
Photo by
Timemark
PLAINTIFF'S EXHIBIT
8