
11:09 AM
Jul 21, 2026
Tues
Doffin Canal Rd, Alamo TX 78516
Company: Hidalgo County Irrigation District 2
Name: Fred
Photo by
Timemark
114UR29YBMW9W9 Timemark Verified
PLAINTIFF'S EXHIBIT 9
tabbies