
CAT
11:09 AM | Jul 21, 2026
Tues
Doffin Canal Rd, Alamo TX 78516
Company: Hidalgo County Irrigation District 2
Name: Fred
© XNYGMAUAN9HYNN Timemark Verified
Photo by
Timemark
PLAINTIFF'S
EXHIBIT
10
tabbies