
11:09 AM
Jul 21, 2026
Tues
Doffin Canal Rd, Alamo TX 78516
Company: Hidalgo County Irrigation District 2
Name: Fred
Photo by
Timemark
© DPTICKEYMRHCXA9 Timemark Verified
PLAINTIFF'S EXHIBIT
11
tabbies