
11:12 AM
Jul 21, 2026
Tues
Doffin Canal Rd, Alamo TX 78516
Company: Hidalgo County Irrigation District 2
Name: Fred
Photo by
Timemark
© WD62LE4ULE119X Timemark Verified
PLAINTIFF'S EXHIBIT
12
tabbies