**Board of Directors**

Frank John Schuster, *President* | Fred Schuster, *Vice-President* | Marcus Forthuber, *Secretary* | R.L. Dreibelbis, *Asst. Secretary* | Bert Wessling, *Member*

*Anthony Stambaugh, General Manager*

# Hidalgo County Irrigation District Number Two

P.O. Box 6, San Juan, Texas 78589 (956) 787-1422 FAX (956) 781-7622

July 21, 2026

Luke Davis
5330 N. La Cholla Blvd.
Tucson, AZ 85741

Dear Mr. Davis:

This letter is to serve as notice of encroachment/trespass on fee simple property owned by the District located between Stewart Road and Tower Road along the District's Lateral A Canal.

It has been witnessed that materials and heavy equipment have been placed on our property without our consent. Please see included photos illustrating this encroachment/trespass. The staging of this material and heavy equipment has prohibited us from maintaining our property and could jeopardize our ability to deliver water to our users.

All materials and heavy equipment must be removed within 24 hours (by July 22, 2026) or they will be removed at your expense.

Please contact me should you have any questions.

Sincerely,

Anthony Stambaugh

PLAINTIFF'S EXHIBIT 13

Enclosure

cc: Gabriel Olivas, Program Manager, U.S. Customs and Border Protection
Troy Olson, Director of Construction, U.S. Customs and Border Protection