


PLAINTIFF'S EXHIBIT 14

tabbies