
CANAL RD
DOFFIN CANAL RD
Maps
10
11
50
FT
1
2
3
4
© BKXXCKTKYY2BGP Timemark Verified
2:04 PM
Jul 31, 2026
Fri
Doffin Canal Rd, Alamo TX 78516
Hidalgo County Irrigation District No. 2
Name: Photo by: Frank Montalvo
Coordinate: 26.081582°N, 98.156728°W
Weather: Sunny 97°F
PLAINTIFF'S EXHIBIT
15
tabbies
Photo by
Timemark