
CANAL RD
DOFFIN CANAL RD
Maps
10:31 AM
Aug 04, 2026
Tues
Hidalgo County Irrigation District No. 2
Photo By: Fred Villa
Coordinate: 26.081761°N, 98.156753°W
Weather: Cloudy 88°F
KPE6HRE1RLTC1A Timemark Verified
PLAINTIFF'S EXHIBIT
16
tabbies
Photo by
Timemark