


PLAINTIFF'S EXHIBIT 17
tabbies



Lateral "A" Canal Drawn by Mexican Settling Basin


DEERE
DEERE