AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Hidalgo County Irrigation No. 2
V.
Spencer Construction, LLC et al

## EXHIBIT AND WITNESS LIST

Case Number: 7:26-CV-00368

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Juan F. Alanis | Lance Kirby | Ruben Pena, Lance Duke |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 08/26/2026 | Chris Barrera | Nelida Campos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/26/2026 | Y | Y | Defendant Exhibit 1 |
| 1 | | 8/26/2026 | Y | Y | Defendant Exhibit 2 |
| 1 | | 8/26/2026 | Y | Y | Defendant Exhibit 3 |
| 1 | | 8/26/2026 | Y | Y | Defendant Exhibit 4 |
| 1 | | 8/26/2026 | Y | Y | Defendant Exhibit 5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.