
e & Time: Tue, Aug 04, 2026 at 16:19:23 CDT
ition: +026.080111° / -098.132650° (±12.7ft)
tude: 98ft (±18.9ft)
um: WGS-84
muth/Bearing: 106° S74E 1884mils True (±14°)
vation Angle: -07.4°
rizon Angle: +00.6°
m: 1.0X
/ 4 Santa Anna