
& Time: Tue, Aug 04, 2026 at 15:54:29 CDT
ion: +026.081774° / -098.162412° (±8.2ft)
ude: 103ft (±18.6ft)
m: WGS-84
uth/Bearing: 179° S01E 3182mils True (±15°)
ation Angle: -07.9°
zon Angle: +00.1°
n: 1.0X
4 Santa Anna