
e & Time: Tue, Aug 04, 2026 at 16:11:36 CDT
sition: +026.082693° / -098.146537° (±9.3ft)
tude: 97ft (±18.0ft)
um: WGS-84
muth/Bearing: 074° N74E 1316mils True (±18°)
vation Angle: -12.0°
rizon Angle: -02.6°
m: 1.0X
/ 4 Santa Anna