
& Time: Tue, Aug 04, 2026 at 16:19:23 CDT
tion: +026.080111° / -098.132650° (±12.7ft)
ude: 98ft (±18.9ft)
m: WGS-84
nuth/Bearing: 106° S74E 1884mils True (±14°)
ation Angle: -07.4°
zon Angle: +00.6°
n: 1.0X
4 Santa Anna