Case 7:26-cv-00368 Document 12-1 Filed 08/26/26 in TXSD Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**

August 26, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION DISTRICT NO. 2, | § § § | CIVIL ACTION NO. 7:26-cv-00368 |
| v. | § | |
| SPENCER CONSTRUCTION, LLC AND ROYAL CONCRETE PRODUCTS, LLC, | § § | |

**ORDER**

The court considered Plaintiff Hidalgo County Irrigation District No. 2's Second Emergency Motion to Continue and Extend the Temporary Restraining Order (Dkt. No. 12). The court finds that good cause exists for a short extension under Federal Rule of Civil Procedure 65(b )(2) to allow time for a ruling on Plaintiff's preliminary injunction request heard on August 26, 2026.

It is therefore ORDERED that:

The temporary restraining order entered by this Court on August 13, 2026, remains in force according to its terms and is extended, without enlargement of its substantive restraints, through September 10, 2026. This extension is no longer than permitted by Rule 65(b )(2).

SIGNED on August 26, 2026, at McAllen, Texas.

Juan F. Alanis
U.S. Magistrate Judge