**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION,<br>*Plaintiff,*<br><br>v.<br><br>SPENCER CONSTRUCTION, LLC AND ROYAL CONCETE PRODUCTS, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 7:26-CV-00368 |

**EMERGENCY MOTION FOR CLARIFICATION**

On August 26, 2026, United States Magistrate Judge Juan Alanis entered an Order appearing to extend a Temporary Restraining Order until September 10, 2026. Dkt. No. 13. However, a United States Magistrate Judge may not enter an order granting injunctive relief. 28 U.S.C. § 636(b)(1)(A). Instead, a Magistrate Judge may only "submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion" for injunctive relief. *See* 28 U.S.C. § 636(b)(1)(B); *Beaird v. Lappin,* No. CIV.A. 3:06-CV-0967L, 2006 WL 2051034, at *3 (N.D. Tex. July 24, 2006) and *Beltran v. United States,* No. EP-18-CV-305-KC, 2018 WL 10810006, at *3 (W.D. Tex. Nov. 29, 2018).

The United States requests emergency clarification from the Court as to whether a Temporary Restraining Order is in effect and, if so, the basis of that Order. The project at issue is time sensitive and has been delayed since the Hidalgo County District Court entered its Temporary Restraining Order on August 12, 2026, prior to the removal of this case. The United States and its contractors need to resume work immediately to complete the border security project as authorized by Congress and federal statute.

Dated: August 28, 2026.

Respectfully submitted,

**AARON F. REITZ**
United States Attorney,
Southern District of Texas

By: /s/ Lance Duke
LANCE DUKE
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 78401
Telephone: (361) 903-7911
Facsimile: (361) 888-3200
Email: lance.duke@usdoj.gov

Attorney in charge for the United States of America

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 28, 2026, the undersigned conferred with Counsel for Plaintiff and Defendants. Counsel for Defendants is unopposed and Counsel for Plaintiff is opposed to the filing of the emergency motion to clarify.

/s/ Lance Duke
LANCE DUKE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, a copy of the foregoing EMERGENCY MOTION FOR CLARIFICATION was served pursuant to the Court's ECF system on all counsel of record:

Lance A. Kirby
lakirby@jgkl.com
Jose A. Villarreal

jvillarreal@jgkl.com
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Blvd., Suite 300
Weslaco, TX 78596
Attorney for Plaintiff

Ruben R. Peña
ruben@rubenpenalaw.com
LAW OFFICES RUBEN R. PENA
5375 Camino de la Tierra
Brownsville, TX 78526
Attorney for Defendant Spencer Construction, L.L.C.

/s/ Lance Duke
LANCE DUKE
Assistant United States Attorney