**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL NO. 7:26-CV-00368 |
| | § | |
| SPENCER CONSTRUCTION, LLC AND | § | |
| ROYAL CONCRETE PRODUCTS, LLC, | § | |
| *Defendants*. | § | |

**ORDER**

The Court now considers Third Party Defendant's Emergency Motion of Clarification. Having considered the Motion, the Court finds the Motion has merit and should be **GRANTED**.

SO ORDERED this _________ day of _______________, 2026, at McAllen, Texas.

______________________________________
**HONORABLE ARTHUR R. JONES**
United States District Judge