United States District Court
Southern District of Texas
**ENTERED**
September 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION DISTRICT NO. 2<br>Plaintiff, | § | |
| *versus* | § | CIVIL ACTION NO. 7:26-CV-368 |
| SPENCER CONSTRUCTION, LLC,<br>ROYAL CONCRETE PRODUCTS, LLC,<br>UNITED STATES OF AMERICA<br><br>Defendants. | § | |

## ORDER EXTENDING TRO

The Court is in receipt of the magistrate judge's Report and Recommendation regarding Hidalgo County Irrigation District No. 2's request for a preliminary injunction. After having reviewed the Report and Recommendation and opposed Emergency Motion to Continue and Extend the Temporary Restraining Order filed as of September 9, 2026, and in anticipation of pending responses from the parties for the Court's consideration, the Court finds there is good cause to extend the TRO entered by the 476th District Court of Hidalgo County, Texas on July 30, 2026, and that said TRO remain in force according to its term and is extended, without enlargement of its substantive restraints, through October 15, 2026. *Cf. Nat'l Ass'n for Gun Rts., Inc. v. Garland*, No. 4:23-CV-00830-O, 2023 WL 5610293, at *12–13 (N.D. Tex. Aug. 30, 2023) (noting that "[t]he wording of Rule 65 does not foreclose the Court extending the TRO prior to receiving a subsequent renewal request from the party seeking the TRO." (citations omitted)).

It is, therefore, **ORDERED** that pursuant to Rule 65 of the Fed. R. Civ. P, the temporary restraining order entered by the 476th Judicial District Court of Hidalgo County, Texas on July 30,

2026, remains in force according to its term and is extended, without enlargement of its substantive restraints, through October 15, 2026.

Should the Court be able to decide all issues pending on this matter prior to October 15, 2026, the Court shall modify this order accordingly.

The Clerk shall send a copy of this Order to counsel for Plaintiff and counsel for Defendants.

**SO ORDERED** this 10th day of September 2026, at McAllen, Texas.

Arthur R. Jones
United States District Judge