**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

Hidalgo County Irrigation No. 2

v. Case Number: 7:26−cv−00368

Spencer Construction, LLC, et al.

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Arthur R Jones**

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 9/11/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date: September 10, 2026

Nathan Ochsner, Clerk
by M. Guillen, Deputy Clerk