**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION DISTRICT NO. 2, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 7:26-CV-00368 |
| | § | |
| SPENCER CONSTRUCTION, LLC AND ROYAL CONCETE PRODUCTS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**<u>ADVISORY TO THE COURT</u>**

The United States of America, by and through its counsel, hereby files this Advisory to the Court.

The United States does not object to United States Magistrate Judge Alanis's Report and Recommendation. Dkt. No. 20.

The United States is complying with federal law and working to address the concerns Judge Alanis identified. The United States has now obtained a title abstract of the relevant land and is working with Plaintiff to obtain permission to conduct surveys so that it can match the title abstract's conclusions with the exact locations of the United States completed and planned construction. Should the United States determine that it has constructed or needs to construct on land it does not own, it will fully comply with the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 should it determine that any land acquisition is necessary.

Dated: September 24, 2026.

Respectfully submitted,

**AARON F. REITZ**
United States Attorney,
Southern District of Texas

By: /s/ Lance Duke
LANCE DUKE
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 78401
Telephone: (361) 903-7911
Facsimile: (361) 888-3200
Email: lance.duke@usdoj.gov

Attorney in charge for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing was served pursuant to the Court's ECF system on all counsel of record.

By: /s/ Lance Duke
LANCE DUKE