United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| HIDALGO COUNTY IRRIGATION | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:26-CV 00368 |
| | § | |
| SPENCER CONSTRUCTION, LLC AND | § | |
| ROYAL CONCRETE PRODUCTS, LLC, | § | |
| *Defendants.* | § | |

**ORDER**

The Court now considers United States's Motion to Intervene under Fed. R. Civ. P. 24(a)(2) and (b)(2). Having considered the Motion, the Court finds the Motion has merit and should be **GRANTED**.

SO ORDERED October 14, 2026, at McAllen, Texas.

Arthur R. Jones
United States District Judge